**FILED**
Monday, 26 July, 2004  01:28:18 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| **KEN WRONKE,**            ) | |
|         **Plaintiff,**   ) | |
|   v.            ) | |
|            ) | |
| **CHAMPAIGN COUNTY SHERIFF'S**   ) | |
| **OFFICE; DAVID MADIGAN, individually** ) | |
| **and in his official capacity as Sheriff of** ) | |
| **Champaign County; DAVID SMALLEY,** ) | Case No. 01-2308 |
| **individually and in his official capacity as a** ) | |
| **Champaign County Sheriff's Deputy; LU** ) | |
| **WILSON; DR. MAHER K. AHMAD; and** ) | |
| **WEXFORD HEALTH SERVICES, INC., a** ) | |
| **Missouri corporation;**         ) | |
|         **Defendants.**   ) | |

## O R D E R

On July 7, 2004, Plaintiff filed a Notice of Appeal (#176). According to the notice, Plaintiff desires to appeal to the United States Court of Appeals for the Seventh Circuit a June 25, 2004, Order of this Court. The only Order entered on that date was the order (#175) which granted a motion to strike and bar testimony. The Order did not direct entry of a judgment nor did it terminate the case. Accordingly, unless the Court certifies the matter for interlocutory appeal, Plaintiff does not have a final and appealable order. The Court declines to certify the matter for interlocutory appeal. None of the categories described in 28 U.S.C. § 1292(a) applies here. The matter will proceed as scheduled in the district court.

ENTER this 23rd day of July, 2004.

                                                                       s/ DAVID G. BERNTHAL
                                                                      U.S. MAGISTRATE JUDGE