IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

E-FILED
Monday, 20 September, 2004 04:06:58 PM
Clerk, U.S. District Court, ILCD

SEP 20 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dr. K. L. Wronke, )
)
    Plaintiff, )
)
vs. ) Cause No. 2001-2308
)
Champaign County Sheriff's )
Department, and David Madigan, )
individually, and in his Official )
capacity as Sheriff of Champaign )
County, David Smalley, individually, )
and in his Official capacity as a )
Champaign County Sheriff's Deputy, )
Lu Wilson, R.N., and Dr. Maher K. Ahmad, )
)
    Defendants, )

### AFFIDAVIT OF PLAINTIFF IN SUPPORT OF HIS MOTION TO STRIKE THE MOTION FOR SUMMARY JUDGMENT ON COUNTS I, II, AND III, BY DEFENDANTS CHAMPAIGN COUNTY SHERIFF'S DEPARTMENT, MADIGAN, AND SMALLEY OF THE PLAINTIFF'S FOURTH AMENDED COMPLAINT

I, Dr. K. L. Wronke, being duly sworn under oath, do hereby swear to the truth of the following:

1. I have personal knowledge of all the facts set forth in this Affidavit.
2. I have never been judged incompetent or unable to testify in any Court of Law.
3. I am of legal age and without legal disability.
4. I have never been convicted of a felony.
5. I was incarcerated at the Champaign County Correctional Center and Satellite facility from 05 October 1995 through 20 March 2000.
6. I was found to be in indirect civil contempt of Court by the Hon. Jeffry B. Ford of Traffic Court on 05 October 1995.
7. I was given no opportunity to purge the contempt and immediately escorted to the Main st. jail by Sgt. Carter from the Courtroom.
8. There was no sentencing hearing.

9. I was not sentenced.
10. I was not represented by an attorney prior to my loss of liberty.
11. I was placed with the general population and served "straight" time for 4 years and 5 months with no credit for good behavior. Civil cases do not receive a day of credit for each day of good behavior which cuts their sentence in half.
12. I was required to give up a Brook's Surgical Appliance that kept an acorn size hernia in reduction at Sgt. Carter's request.
13. I was told the jail doctor had to approve the surgical device before it would be returned to me.
14. Over the years of incarceration, the unsupported hernia greatly enlarged.
15. When the jail staff became overly concerned about the hernia, Sgt. Gloria Lenoir (sp) was ordered to take me to University Orthopedics to be fitted with an abdominal truss that would keep the hernia in reduction.
16. With extreme difficulty and pain, I was able to reduce the hernia while in a restig position on an examining table at University Orthopedics.
17. I was required to leave the truss at the laundry each night and only wear it while working at the jail. It could not be taken to the cell block.
18. I worked at the jail laundry and kitchen every day.
19. I was never given a day off.
20. I never had one hour of recreation indoors or outdoors.
21. My work-day began at approximately 3:00 A.M. and ended after "lights out" or about 11:00 P.M. daily.
22. The Sheriff allowed me to wear lace-up boots to keep my legs and ankles from swelling up from standing on concrete floors for long hours at a time.

23. Corrections Officer Myers on one occasion took me to Christy Clinic for an evaluation on the ever enlarging hernia.
24. Doctors suggested surgery ASAP and instructed me to return for a lab work-up and cardiogram prior to surgery.
25. The Medical Department denied a more visits to Christy.
26. The hernia greatly enlarged after the fall incident on 12 Dec '99.
27. Defendant Ahmad never examined the hernia at any time. Same can be said for Wilson.
28. The decision to cancel the hernia surgery had to be a collective determination with Wilson, Captain, and Sheriff Madigan.
29. The hernia was corrected surgically eventually at the Danville "walk-in" Sura-center after my release.
30. I was taken to a contracted dentist in Champaign (Dr. Stewart) and Farmer City (Dr. Rhoades) for much needed dental care. The Champaign Dentist just looked at some broken teeth and the Farmer City Dentist took an X-ray of my jaw becausea fractured jaw had been suspected. He dispensed antibiotics for swelling and infection.
31. Eventually Corrections Officer Pollock and Sgt LeNoir took me to Dr. Wm. Jones in Douglas County for the needed dental work.
32. In October 1999, when being transported to Court, I fell off the back of the Van in the Satellite garage. At the time, I was in leg irons, belly chain and hand cuffs and lost my balance while climbing in. Officer Sloan took me to the Medical department where LPN Ahrends bandaged my right elbow.

Further not sayeth the Affiant.

*Dr. Kenneth L. Wronke*
Dr. Kenneth L. Wronke

Subscribed and sworn to before me on this 16th day of September 2004

**OFFICIAL SEAL**
IVAN T. SOLGARD
Notary Public, State of Illinois
My Commission Expires 6/28/08

*Ivan T. Solgard*