IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| KEN WRONKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 01-2308 |
| | ) | |
| CHAMPAIGN COUNTY SHERIFF'S | ) | |
| DEPARTMENT; DAVID MADIGAN, | ) | |
| individually; DAVID SMALLEY, | ) | |
| individually; LU WILSON; and | ) | |
| DR. MAHER K. AHMAD, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS CHAMPAIGN COUNTY'S, DAVID MADIGAN'S
AND DAVID SMALLEY'S RESPONSE TO MOTION TO
STRIKE ACTION FOR SUMMARY JUDGMENT AND ALL SUBMITTED
DOCUMENTS RELATED THERETO**

NOW COME defendants Champaign County Sheriff David Madigan in his individual and official capacities, and David Smalley, in his individual capacity as a Champaign County Sheriff's Deputy, by and through their attorneys, Thomas, Mamer & Haughey, LLP, and for their response to plaintiff's motion to strike, state as follows:

1.  Defendants filed a motion requesting summary judgment on Counts I—III of plaintiff's Fourth Amended Complaint.

2.  Rather than filing a response to the motion for summary judgment, plaintiff filed a "Motion to Strike Defendant's Madigan and Smalley's Action for Summary Judgment and all Submitted Documents Related Thereto", along with an affidavit in support thereof.

3. The basis for plaintiff's motion to strike is contained in ¶¶ 2-4 of said motion. In these paragraphs, plaintiff asserts defendants "committed a fatal legal error" in citing to his deposition testimony. In support of this proposition, plaintiff cites *Bezin v. Ginsburg*, 59 Ill.App.3d 429, 375 N.E.2d 468 (1st Dist. 1978) which requires, among other things, that a deposition to be signed by the deponent or contain a waiver of signature, filing the deposition with the court.

4. Defendants filed their motion for summary judgment in accordance with Federal Rule of Civil Procedure 56 and Local Court Rule 7.1(D). In support of their motion for summary judgment, defendants relied upon the deposition testimony of plaintiff which was given in two parts. The entire transcript of plaintiff's testimony was filed with the court, along with the affidavit of the court reporter. Due to an error, it appears part two of the deposition given on November 7, 2003 was not filed with the court.[1]

5. The deposition testimony of plaintiff was given in compliance with Federal Rule of Civil Procedure 30. Fed.R.Civ.Pro. 30(e) requires a deponent request review of a deposition transcript prior to the completion of his deposition. Plaintiff made such a request, however, it is not known whether any corrections were made within the required thirty days.

6. The remainder of plaintiff's motion to strike is irrelevant to a motion to strike and should be made in a response to the motion for summary judgment in the event the court denies plaintiff's motion to strike.

---

[1] It appears a full copy and "mini" copy of part one of plaintiff's deposition was attached as an exhibit. Defense counsel inadvertently attached the incorrect "mini" copy. A separate motion for leave to submit the correct deposition transcript has been filed separately.

WHEREFORE, defendants CHAMPAIGN COUNTY SHERIFF'S DEPARTMENT, DAVID MADIGAN, and DAVID SMALLEY pray plaintiff's motion to strike be DENIED.

Respectfully submitted,

David Madigan, in his individual and official capacities as Champaign County Sheriff, and David Smalley, in his individual capacity as a Champaign County Sheriff's Deputy,

By:  **/s/ Kenneth D. Reifsteck**
Kenneth D. Reifsteck
Attorney for Defendants Champaign County,
   David Madigan and David Smalley
Thomas, Mamer & Haughey, LLC
30 E. Main St., PO Box 560
Champaign, IL  61824
(217) 351-1500  Phone
(217) 351-2169  Fax
E-mail:  kdr@tmh-law.com

Prepared by:
Kenneth D. Reifsteck
Thomas, Mamer & Haughey, LLP
30 E. Main St., PO Box 560
Champaign, IL  61824
(217) 351-1500

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Richard P. Klaus
Mr. Keith B. Hill
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
PO Box 129
Urbana, IL  61803

and I hereby certify that on October 1, 2004, I have mailed by United States Postal Service the document to the following non-CM/ECF participants, by depositing the same in the US Mail at Champaign, Illinois, postage properly prepaid, addressed to the following:

| | |
|---|---|
| James J. Hagle | Ken Wronke |
| Frederick & Hagle | Route 49 South Box 75 |
| 129 W. Main Street | Homer, IL  61849 |
| Urbana, IL  61801 | |

By:    **/s/ Kenneth D. Reifsteck**
Kenneth D. Reifsteck
Attorney for Defendants Champaign County,
    David Madigan and David Smalley
Thomas, Mamer & Haughey, LLC
30 E. Main St., PO Box 560
Champaign, IL  61824
(217) 351-1500  Phone
(217) 351-2169  Fax
E-mail:  kdr@tmh-law.com