**E-FILED**
Friday, 01 October, 2004  02:30:04 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| KEN WRONKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 01-2308 |
| | ) |
| CHAMPAIGN COUNTY SHERIFF'S | ) |
| DEPARTMENT; DAVID MADIGAN, | ) |
| individually; DAVID SMALLEY, | ) |
| individually; LU WILSON; and | ) |
| DR. MAHER K. AHMAD, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS CHAMPAIGN COUNTY'S, DAVID MADIGAN'S AND DAVID SMALLEY'S MOTION FOR LEAVE TO AMEND MOTION FOR SUMMARY JUDGMENT ON COUNTS I, II and III OF PLAINTIFF'S FOURTH AMENDED COMPLAINT *INSTANTER*

NOW COME defendants Champaign County Sheriff David Madigan in his individual and official capacities, and David Smalley, in his individual capacity as a Champaign County Sheriff's Deputy, by and through their attorneys, Thomas, Mamer & Haughey, LLP, and for their motion for leave to amend motion for summary judgment, state as follows:

1. Defendants filed a motion requesting summary judgment on Counts I—III of plaintiff's Fourth Amended Complaint.

2. Attached as "Exhibit A" to the motion for summary judgment were two copies (one full-sized and one "mini") of plaintiff's deposition testimony given on September 9, 2003. Submission of two transcripts for the same testimony was

inadvertent, it was intended that "Exhibit A" contain one transcript for the testimony given September 9, 2003 and one transcript for testimony given November 7, 2003.

    3.    Defendants have attached a true and correct copy of the November 7, 2003 deposition transcript of plaintiff in this matter.

    WHEREFORE, defendants pray that that attached deposition transcript of plaintiff given on November 7, 2003 be inserted into "Exhibit A" of defendant Champaign County, Madigan and Smalley's Motion for Summary Judgment on Counts I, II and III of Plaintiff's Fourth Amended Complaint.

Respectfully submitted,

David Madigan, in his individual and official capacities as Champaign County Sheriff, and David Smalley, in his individual capacity as a Champaign County Sheriff's Deputy,

By:    **/s/ Kenneth D. Reifsteck**
Kenneth D. Reifsteck
Attorney for Defendants Champaign County,
    David Madigan and David Smalley
Thomas, Mamer & Haughey, LLC
30 E. Main St., PO Box 560
Champaign, IL 61824
(217) 351-1500 Phone
(217) 351-2169 Fax
E-mail: kdr@tmh-law.com

Prepared by:
Kenneth D. Reifsteck
Thomas, Mamer & Haughey, LLP
30 E. Main St., PO Box 560
Champaign, IL 61824
(217) 351-1500

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Richard P. Klaus
    Mr. Keith B. Hill
    Heyl, Royster, Voelker & Allen
    102 E. Main Street, Suite 300
    PO Box 129
    Urbana, IL  61803

and I hereby certify that on October 1, 2004, I have mailed by United States Postal Service the document to the following non-CM/ECF participants, by depositing the same in the US Mail at Champaign, Illinois, postage properly prepaid, addressed to the following:

| | |
|---|---|
| James J. Hagle | Ken Wronke |
| Frederick & Hagle | Route 49 South Box 75 |
| 129 W. Main Street | Homer, IL  61849 |
| Urbana, IL  61801 | |

          By:    **/s/  Kenneth D. Reifsteck**
                    Kenneth D. Reifsteck
                    Attorney for Defendants Champaign County,
                        David Madigan and David Smalley
                    Thomas, Mamer & Haughey, LLC
                    30 E. Main St., PO Box 560
                    Champaign, IL  61824
                    (217) 351-1500  Phone
                    (217) 351-2169  Fax
                    E-mail:  kdr@tmh-law.com