Page 172

1  STATE OF ILLINOIS    )
                        ) SS
2  COUNTY OF CHAMPAIGN  )

3      I, DEANN K. PARKINSON, a Notary Public
   in and for the County of Champaign State of
4  Illinois, do hereby certify that KENNETH WRONKE,
   the deponent herein, was by me first duly sworn to
5  tell the truth, the whole truth and nothing but
   the truth in the aforementioned cause of action.
6      That the foregoing deposition was taken
   on behalf of the Defendants on November 7th, 2003.
7      That said deposition was taken down in
   stenographic notes and afterwards reduced to
8  typewriting under my instruction and said
   transcription is a true record of the testimony
9  given; and that it was agreed by and between the
   witness and attorneys that said signature on said
10 deposition would be not waived.
       I do hereby certify that I am a
11 disinterested person in this cause of action; that
   I am not a relative of any party or any attorney
12 of record in this cause, or an attorney for any
   party herein, or otherwise interested in the event
13 of this action, and am not in the employ of the
   attorneys for either party.
14     In witness whereof, I have hereunto set
   my hand and affixed my notarial seal November
15 13th, 2003.

16

17     DEANN K. PARKINSON, CSR
       NOTARY PUBLIC
18

19 "OFFICIAL SEAL"
   DEANN K. PARKINSON
20 Notary Public, State of Illinois
   My Commission Expires 11-16-04
21

22

23

24

Page 172

**-&-**
**&** [3] 97:3,6,9

**-'-**
**'55** [1] 145:23
**'95** [2] 145:22 146:2
**'96** [1] 150:17

**---**
**-vs** [2] 95:5 171:5

**-0-**
**01** [1] 171:5
**01-2308** [1] 95:5

**-1-**
**1** [2] 163:8 164:20
**102** [2] 95:17 97:10
**10:30** [1] 155:22
**11** [2] 160:11,15
**11-16-04** [1] 172:20
**11/7/03** [1] 163:11
**11:30** [1] 160:11
**12** [9] 99:19 104:15 105:18 106:1 107:18 109:15 110:13 138:10 165:6
**12-12-99** [1] 111:6
**129** [1] 97:7
**12th** [1] 133:6
**13th** [1] 172:15
**14** [2] 168:4,7
**15** [2] 132:20,20
**17th** [1] 116:3
**18** [1] 104:14
**19** [1] 146:9
**1955** [1] 145:16
**1995** [3] 105:20 145:21 163:1
**1996** [1] 150:19
**1997** [1] 150:19
**1999** [10] 99:19 105:18 106:1 107:18 109:15 110:13 138:10 162:19 162:21 164:19

**-2-**
**20** [8] 105:18 106:1 107:19 109:15 110:13 111:6 112:4 154:10
**2000** [12] 105:19 106:1 107:19 109:15 110:13 111:6 112:4 114:8 118:7 118:13 126:2,13
**2001** [10] 116:3 117:22 118:12,21 119:10,16 120:1 121:3,23 128:11
**2002** [5] 122:7,23,24 128:10,11

**2003** [7] 95:18 121:20 123:18 171:10,14 172:6 172:15
**21** [1] 146:9
**23** [2] 121:3,23
**2308** [1] 171:5
**24** [1] 137:13
**28th** [1] 115:20

**-3-**
**3** [1] 154:11
**30** [2] 97:3 153:7
**36** [4] 104:2,4,6,8
**3:00** [2] 153:12,21
**3:15** [2] 153:13,21

**-4-**
**45** [5] 101:6,6,12 102:5 131:12
**49** [1] 97:12
**4th** [1] 150:18

**-5-**
**5** [2] 105:20 145:21
**5/6/99** [1] 163:15
**560** [1] 97:4
**5th** [1] 145:15

**-6-**
**61801** [2] 97:7,10
**61824-0560** [1] 97:4
**61849** [1] 97:13
**6th** [2] 163:1 164:19

**-7-**
**75** [1] 97:13
**7th** [3] 95:18 171:10 172:6

**-8-**
**80** [3] 139:11,15,22
**84-002089** [1] 96:1
**896-2322** [1] 97:14

**-9-**
**9** [3] 118:21 119:16,24
**9th** [2] 117:22 119:10

**-A-**
**A-H-R-E-N-S** [1] 109:9
**abeyance** [1] 139:10
**able** [1] 136:23
**above** [5] 101:22,23 131:10,12 163:18
**above-entitled** [1] 171:9
**accelerated** [1] 168:14

**accident** [3] 132:7 145:18 167:21
**according** [3] 118:2 120:24 121:22
**accurately** [1] 171:10
**ache** [1] 131:17
**action** [3] 172:5,11,13
**active** [1] 135:4
**activities** [9] 126:16 127:11,11 133:20 134:8 134:9 136:5,15,21
**activity** [4] 130:20,22 130:23,24
**actual** [1] 146:5
**added** [2] 164:6,7
**adjourned** [1] 170:20
**advice** [1] 170:6
**affects** [1] 137:13
**affixed** [1] 172:14
**aforementioned** [1] 172:5
**afraid** [2] 100:22 168:14
**afterwards** [1] 172:7
**again** [4] 99:18,22 109:4 150:4
**against** [1] 151:13
**age** [2] 95:16 161:19
**ago** [1] 137:20
**agree** [3] 119:9,15 120:1
**agreed** [1] 172:9
**ahead** [2] 145:8 154:12
**Ahmad** [9] 95:11 97:8 97:15 107:20 125:12 141:15 144:15 167:19 168:7
**Ahrens** [7] 107:6,7,8,9 109:9 111:10,13
**aid** [1] 151:5
**al** [1] 171:7
**allegedly** [1] 145:18
**Allen** [1] 97:9
**allow** [1] 98:13
**always** [3] 101:18 110:5 157:17
**amount** [2] 132:5 145:2
**angle** [5] 101:6,7,13 102:4 131:13
**animal** [2] 132:20 134:24
**animals** [2] 113:9,9
**answer** [1] 168:17
**answering** [1] 128:1
**answers** [1] 171:10
**anti-inflammatories** [1] 120:15
**anyway** [4] 150:10 166:1,21,22
**apart** [1] 157:15
**Appearances** [1] 97:1
**appeared** [1] 119:22
**Appearing** [3] 97:5,8 97:11

**applied** [1] 146:14
**apply** [1] 146:17
**appointment** [1] 115:21
**approach** [1] 140:17
**appropriate** [3] 169:21 170:1,17
**approval** [1] 149:20
**area** [10] 100:14 111:8 151:9 157:20,20 158:9 158:19 159:24 168:5,6
**areas** [1] 159:10
**argue** [1] 143:4
**arm** [45] 99:23 100:21 101:1,6,12,17,22 102:3,8 103:8 105:2,7,13 108:6 109:21,23 110:4,6,7,14 110:22 116:4 118:4,10 125:20,23 126:20 127:3 127:8 129:22 130:5,12 130:24 131:6,8 133:1,10 133:14 134:4 136:9,11 137:16,19 138:10 168:16
**arms** [1] 100:19
**aspect** [1] 102:23
**aspirin** [5] 111:16 137:20,21,23 138:17
**assign** [2] 161:6,14
**assignment** [3] 160:18 162:4 164:16
**assistant** [4] 127:18 161:11 162:8,9
**assistants** [1] 128:1
**assume** [3] 103:13 132:1 150:23
**assumed** [2] 110:24 125:3
**assure** [1] 143:3
**ate** [3] 158:20,22,24
**attached** [3] 151:12 153:2 171:11
**attempt** [1] 99:4
**attention** [3] 107:17 108:4,16
**attorney** [4] 124:1 142:24 172:11,12
**attorneys** [3] 129:5 172:9,13
**attribute** [1] 135:11
**Auler** [6] 114:19 123:23 124:7 144:3,6,8
**authority** [1] 156:21
**authorized** [1] 157:1
**average** [2] 132:8,9
**away** [5] 137:2 146:5 151:16 166:7,11
**awful** [1] 155:10

**-B-**
**backward** [1] 100:9
**backwards** [2] 100:17 102:3
**balance** [3] 99:24

100:17,18
**barrel** [8] 100:3,5,6,8 152:2,3 153:6,9
**barrels** [3] 100:2 153:3 153:4
**base** [1] 140:24
**baseball** [2] 133:13,22
**based** [2] 143:11 162:7
**basing** [1] 140:20
**basis** [10] 106:3,3 127:16 128:3 129:21 130:18 133:16,17,21,23
**basketball** [4] 127:12 133:24 134:1,2
**became** [1] 149:18
**began** [2] 149:12 153:12
**begin** [2] 99:24 149:3
**behalf** [1] 172:6
**behind** [6] 100:22,24 101:2,14,15 102:6
**below** [3] 101:4,9,10
**benefit** [1] 164:24
**benefits** [3] 166:7,12 166:16
**best** [2] 108:8 148:22
**better** [1] 114:2
**between** [7] 102:21 111:6 151:18,20 155:3 168:6 172:9
**big** [4] 106:24 151:9,11 159:7
**bigger** [1] 127:1
**bike** [4] 129:20,21,21 131:13
**bill** [1] 144:24
**bills** [9] 142:17,20 143:2 143:8,12,24 144:5,7,11
**bin** [1] 152:2
**bins** [7] 152:2,7,12,14 152:17,19,22
**bit** [1] 145:11
**bitterly** [1] 118:3
**black** [4] 161:18,20,21 162:2
**blows** [1] 161:19
**body** [5] 101:7 104:20 104:22 110:7 131:13
**boils** [1] 114:4
**bone** [1] 124:13
**booking** [3] 100:14 152:20,21
**bothering** [2] 112:2 130:1
**bottom** [3] 163:22 164:9 164:11
**Box** [2] 97:4,13
**brace** [2] 105:1,5
**breakfast** [11] 154:20 154:22 155:19,24 156:1 156:2,16,22 157:4 158:8 158:17
**bring** [2] 145:4 161:17
**bringing** [1] 160:6

brings [2] 130:21,23
broke [2] 104:16 152:18
brought [4] 146:19 151:24 158:14 163:5
brush [2] 110:6 154:23
brushing [1] 110:15
budding [1] 113:12
building [1] 134:1
business [4] 134:13,16 135:12,15
busy [1] 113:11
butt [3] 105:9,15,16

-C-
calendars [1] 168:3
Camerich's [1] 112:8
canvas [2] 152:3,5
capacity [4] 95:8,9 107:11 109:7
captain [1] 165:14
car [4] 131:4 132:19 136:4 137:2
card [2] 153:23 154:4
cardiologist [2] 112:22 112:24
care [5] 113:9 126:4 139:2,16 168:20
careful [3] 130:16 132:17 137:16
Carle [4] 112:10,20 122:6,9
carried [3] 109:22,23 110:4
carry [1] 136:8
cart [4] 152:8 159:4,7,9
Carter [1] 161:17
cartons [1] 161:23
case [7] 141:23 142:20 143:12 144:2,14 161:12 169:2
Casey's [1] 117:9
caster [1] 100:8
casters [7] 100:2,5 152:3 153:1,5,8,8
catch [2] 100:23 101:16
caused [2] 99:23 127:7
causes [1] 130:8
cell [8] 147:9 153:21 155:1,3 158:3,5 160:9 160:16
cells [5] 154:7,8 158:20 158:22 159:1
center [2] 122:8,13
centers [1] 122:9
Central [3] 95:2,23 171:1
certain [2] 95:21 130:12
certainly [2] 98:16 108:14
certificate [1] 123:2
certify [3] 171:8 172:4 172:10

Champaign [13] 95:6,8 95:10,20 97:4,5 107:17 146:5,7,15 171:6 172:2 172:3
change [3] 98:9 140:5 163:24
changes [5] 98:14,24 99:5 169:23 170:9
changing [1] 149:6
charge [2] 144:18 150:1
charged [1] 142:16
check [1] 137:6
chest [1] 113:3
chief [5] 119:2,9,12,14 120:1
choice [1] 144:12
circles [1] 161:20
circulate [1] 129:4
citizen [1] 95:15
civilian [1] 165:11
civilian's [2] 165:8,9
claim [1] 141:14
claiming [8] 141:13,20 141:23 142:9 143:8 144:1,1,14
clean [6] 147:13 152:10 152:12 157:21 158:2 159:24
cleaned [1] 152:15
clear [1] 128:13
clients [1] 135:22
clinical [1] 113:21
Clinton [3] 146:18,19 148:11
close [2] 110:7,20
clothes [11] 147:12 149:6 151:12,12 152:7 152:10,12 160:3,5,6 163:24
coffee [11] 116:4,5,7,9 116:13,14,18,21,24 117:4 136:5
Coles [1] 146:11
collar [1] 124:13
collect [1] 152:23
combing [1] 110:17
comments [1] 170:15
Commission [1] 172:20
common [2] 113:8 158:19
compelled [2] 149:19 157:3
complained [1] 118:3
complaint [3] 119:2,10 120:1
complaints [3] 107:9 119:12,14
complete [1] 98:20
completed [1] 98:20
complications [2] 168:18,19
compresses [1] 168:15

concurrent [1] 156:4
condition [4] 128:7 129:14,18 162:21
considered [1] 165:9
contact [9] 103:20,21 106:2,7,10,17 107:3,13 107:14
continue [4] 99:11 166:8,19 167:5
continued [4] 95:12 103:6,7 158:11
contraband [1] 156:13
control [2] 137:22 151:6
conversation [4] 114:24 148:6,17 149:12
conversations [2] 106:13 117:13
converse [1] 113:10
cook [7] 112:10,20 113:16 114:16 125:20 129:6 156:20
Cook's [1] 129:8
coordinator [1] 149:22
copy [7] 98:16 128:15 128:17,22 129:2,12 143:6
corner [2] 163:22 164:9
corporeal [1] 95:17
correct [68] 98:6,17 101:23 102:3 103:4,20 104:17 105:2,4,7 108:16 108:21 109:16 110:1,2 112:7,22 113:16,20 114:7 115:5,24 116:4 117:19 118:4,8,14,15,22 120:6,7,16 121:4 122:1 122:3,8,19,23 125:18 126:2,10 128:10 132:3 134:6,17 135:17,23 137:15 138:14 139:3,5,7 139:17 140:5,15 144:7 144:15 146:6 151:1 153:13,17 163:16 164:16 164:21 167:22 168:1,9 170:12
correctional [2] 106:4 107:18
corrections [4] 153:16 169:12,13 171:11
counter [13] 100:22,23 101:16 102:7,9,13,17,20 103:4,24 104:18 105:11 105:12
county [21] 95:6,8,10 95:20 97:5 107:17 141:16 144:15 145:12 145:13 146:5,7,11,12,13 146:15 147:17 165:12 171:6 172:2,3
couple [7] 98:5 124:24 137:14 145:7 161:11 167:18,23
course [1] 112:8
court [5] 95:1,23 143:9 169:17 171:1
crap [1] 167:11

crawl [1] 161:22
created [2] 99:2,9
criticize [1] 125:12
CSR [3] 95:19 96:1 172:17
cuff [2] 125:4 140:23
cup [4] 116:4,7 117:2,4
current [3] 129:17 150:13,13
cut [5] 103:1,2,10,13 105:13

-D-
daily [4] 106:3 129:21 136:12 137:12
Danville [1] 122:9
date [5] 112:13 114:22 117:21 123:17 129:12
dated [1] 163:15
DAVID [2] 95:7,9
daylight [1] 166:15
days [18] 111:14 115:2,3 137:20 138:18 146:8 148:10,15,17,22 149:8 160:21,23 161:11 168:2 168:4,5,7
deal [1] 117:6
Deann [4] 95:19 172:3 172:17,19
December [8] 99:18 105:18,24 107:18 109:14 110:13 133:6 138:10
decide [1] 170:18
decided [1] 167:5
decision [2] 169:20,21
decrease [2] 135:11,15
Defendants [3] 95:11 171:8 172:6
definitively [1] 142:6
degree [4] 101:6,7,12 131:12
degrees [1] 102:5
delivering [1] 160:4
dentist [2] 161:1,4
department [1] 147:5
depending [1] 130:19
deponent [2] 98:2 172:4
deposition [21] 95:12 95:14 98:6,12,19 99:2,8 99:11,20 107:15 116:10 142:10 163:8 168:23 169:22 170:17,20 171:9 172:6,7,10
DEPUTY [1] 95:10
describe [8] 99:22 129:18 132:6,14,15 147:22 148:1 151:3
designed [1] 153:4
desk [2] 115:19 121:14
detachable [2] 153:2,5
detail [1] 99:21
details [1] 101:20

determination [1] 150:1
Dethmer [1] 115:14
Dethmers [1] 117:18
developed [1] 139:11
develops [1] 140:17
DeWitt [2] 146:12 147:17
diagnosis [2] 125:2,4
difference [2] 147:20 155:15
different [4] 124:24 139:23 156:12 159:12
differently [6] 109:21 110:9,10,14,22 136:22
difficulty [4] 118:7,9 118:13,17
dinner [1] 159:21
directly [3] 101:13 102:3 105:9
dirty [3] 151:23 152:1 160:6
discomfort [3] 111:3 117:7 131:21
discuss [1] 98:24
discussed [1] 144:13
disinterested [1] 172:11
dispensation [1] 111:21
District [6] 95:1,2,23 95:23 171:1,1
doctor [15] 107:24 112:6 113:1 114:5 117:19 122:2,22 123:8,10 138:21 139:2 140:5,8 161:1 167:15
document [3] 163:12 164:8,12
documentation [1] 143:5
documents [2] 129:6 129:13
Dodds [1] 156:20
doesn't [1] 147:20
dollars [1] 165:6
done [9] 133:17,18 143:11 144:22 152:20 154:16 159:17 160:11 160:12
door [13] 137:3 151:5,6 151:7,7 152:9,9 154:12 154:24 155:1,2 157:19 161:3
doors [2] 154:7 155:3
down [19] 101:18,19 103:6 105:11,13 114:4 135:1 137:9,24 138:18 151:4 153:17 154:18 155:20,21 158:23 163:3 169:3 172:7
downtown [1] 147:2
Dr [60] 95:10 97:8,15 107:20 112:5,5,8,11,20 113:16 114:7,15 115:4,6

115:13,14,21 117:13,19
118:2,11,20 119:2 120:5
120:13,19 121:23 123:11
123:12,21 124:6,10,20
125:9,12,15,16,17,19
126:13 129:6,6,8,10
140:24 141:2,4,11,15,24
142:1,14,14,16 144:15
144:17 166:18 167:18
167:19 168:7
**dregs** [4] 155:17 157:10
167:8,9
**drill** [2] 158:17 159:20
**dryer** [1] 111:2
**dryers** [1] 151:10
**dude** [1] 161:20
**due** [3] 135:15,18 141:14
**dull** [1] 131:17
**duly** [2] 98:3 172:4
**duration** [1] 114:14
**during** [11] 102:1 106:10
108:1 109:21 110:12
111:5 116:9 127:15,21
128:7 130:3
**duties** [9] 109:24 147:22
150:24 151:22 156:5
157:14,16 158:12 159:23
**duty** [3] 153:19 154:1
157:4

-E-

**E** [1] 97:3
**early** [5] 150:19 154:14
154:15 155:6,10
**earned** [1] 135:21
**easier** [1] 167:12
**East** [2] 95:17 97:10
**eat** [2] 154:20 158:19
**economy** [1] 135:18
**edge** [3] 103:16,20
105:13
**edges** [3] 103:12,13,14
**effective** [3] 139:12,15
139:22
**eight** [4] 118:7,13 126:22
154:2
**either** [9] 120:3,13
128:11 146:11 152:2
154:15 161:8 168:24
172:13
**elbow** [4] 102:22 110:7
110:8,20
**election** [1] 150:16
**eleven** [1] 154:3
**emergency** [1] 114:3
**employ** [1] 172:13
**employed** [1] 165:12
**employee** [1] 127:18
**empty** [2] 153:7 158:13
**end** [6] 98:11,20 99:1,8
104:23 150:19
**engaged** [1] 126:17
**engaging** [1] 126:16

**entertain** [1] 143:6
**entire** [1] 160:13
**entitled** [1] 170:11
**equals** [1] 163:23
**equipment** [1] 149:6
**Erhardt** [10] 123:11,12
123:21 124:6,11,20
125:18 129:6,10 144:17
**errata** [6] 99:3 169:4,7
170:8,10 171:11
**errors** [3] 98:7,15,17
**estimate** [1] 116:15
**et** [1] 171:7
**event** [2] 164:14 172:12
**eventually** [1] 152:18
**everybody** [1] 168:23
**exact** [1] 114:22
**exactly** [1] 170:5
**exam** [3] 125:15,16
129:11
**examination** [8] 99:15
108:13 114:10 121:5
126:5 144:22 145:9
167:16
**examine** [4] 115:15
134:24 135:1,2
**examined** [12] 95:16
98:3 113:20 114:6 122:2
123:12 124:12,17 125:17
125:19,20 128:9
**except** [1] 167:6
**exception** [1] 171:11
**exchanged** [1] 144:21
**excruciating** [3]
131:18,20,21
**exercise** [4] 129:20
166:19,20,22
**Exhibit** [2] 163:8
164:20
**existing** [1] 139:24
**expenses** [4] 141:13,17
141:22 142:9
**experience** [1] 131:15
**experienced** [2] 111:3
132:7
**experimented** [1]
133:2
**Expires** [1] 172:20
**explanation** [1] 120:18
**expression** [1] 111:11
**extend** [1] 102:3

-F-

**face** [3] 105:12 110:17
111:5
**facial** [1] 111:8
**facilities** [2] 146:16
150:22
**facility** [10] 106:4
107:18,24 146:5,24
147:2 148:18 149:3
150:15,24
**fact** [3] 163:3 169:11

170:4
**factors** [1] 135:16
**fair** [2] 162:6 168:8
**fall** [2] 104:16 105:5
**falling** [2] 99:22 103:7
**far** [6] 100:11 101:5
121:24 138:15 142:4
144:18
**fashion** [2] 134:14,23
**faxed** [1] 115:7
**February** [3] 115:20
122:7,14
**federal** [2] 143:9 169:17
**feet** [4] 100:12,13 103:19
104:1
**fell** [3] 99:20 103:22
127:7
**few** [6] 99:17 100:12
111:14 115:2,3 148:10
**file** [1] 114:18
**final** [2] 99:2 150:1
**fine** [1] 126:23
**finger** [2] 124:23 145:1
**first** [17] 98:3 99:24
102:8 103:21 105:3
106:19 112:5,6 114:5
115:13 116:10 119:18
131:24 145:13 146:14
149:3 172:4
**fishing** [1] 113:14
**Fitzgerald** [2] 165:2,11
**five** [1] 104:14
**flat** [1] 136:6
**Flatville** [1] 107:1
**flight** [6] 123:3,5 128:10
129:11 143:16,17
**flighty** [1] 101:21
**floor** [7] 103:22 104:19
104:20,22 105:1,2,12
**fly** [2] 128:13 161:24
**focus** [1] 145:11
**folder** [1] 145:4
**follow** [1] 108:15
**follows** [1] 98:4
**football** [2] 133:13,22
**Ford** [1] 146:13
**forearm** [7] 102:12,15
102:19 103:9,13,19,22
**foregoing** [2] 171:9
172:6
**formal** [6] 107:16
108:10,19 111:23 112:16
121:5
**formally** [1] 122:1
**forth** [3] 146:11,12,12
**found** [1] 146:18
**foundation** [1] 100:1
**four** [6] 100:12 103:19
104:1 153:1 155:3 159:9
**Frederick** [1] 97:6
**free** [1] 151:16
**frequently** [1] 106:12

**friend** [3] 112:17 113:4
128:2
**frisked** [1] 156:23
**front** [3] 157:19,23,24
**function** [1] 110:16
**functions** [2] 110:15
110:18

-G-

**gallon** [1] 104:14
**garage** [1] 137:3
**garbage** [4] 103:9,11,15
105:13
**Gary** [3] 106:12 109:1
109:10
**general** [2] 114:12
131:16
**generates** [1] 130:12
**generation** [2] 130:7
130:10
**girl** [1] 121:14
**given** [2] 171:10 172:9
**glad** [1] 143:6
**golf** [3] 113:6,14 133:11
**golfing** [1] 133:22
**gone** [2] 161:13 162:12
**good** [1] 135:8
**great** [1] 117:6
**Griffin** [1] 161:10
**Griffith** [2] 149:21
163:4
**grimacing** [1] 111:5
**groceries** [1] 136:8
**ground** [6] 104:5,11,17
105:10,15,16
**Grove** [1] 161:3
**grumgling** [1] 147:11
**guard** [1] 154:9
**guards** [3] 161:2 165:1
165:6
**guess** [3] 149:21 162:6
167:24
**guy** [1] 106:24
**guys** [7] 144:9 156:21
157:1 161:18,21 162:2
162:10

-H-

**Hagle** [9] 97:6,6 98:9,13
99:10,13,16 169:16
170:14
**hair** [1] 110:17
**half** [2] 129:22,24
**hall** [1] 151:4
**hallway** [1] 157:21
**hand** [19] 100:24 101:3
101:5,8,23 102:9,10
103:21 105:1 110:8,24
126:23 129:23 130:1
132:23 137:3,7,10
172:14
**handed** [1] 159:15

**handkerchief** [1]
136:17
**handlbebar** [1] 129:23
**handlebar** [1] 129:23
**handled** [1] 147:12
**hands** [3] 105:5 129:22
159:3
**handwriting** [2] 163:21
164:9
**hang** [1] 130:2
**hatchback** [2] 131:6
132:19
**Haughey** [1] 97:3
**hawed** [1] 124:22
**healing** [1] 168:14
**hear** [1] 150:13
**heard** [2] 136:2 154:24
**heart** [1] 112:24
**heat** [6] 130:7,7,8,8,10
130:12
**heavier** [1] 136:4
**heavy** [1] 127:2
**height** [1] 103:23
**held** [1] 109:23
**help** [2] 127:1 161:6
**helping** [1] 127:17
**hemmed** [1] 124:21
**hereby** [2] 172:4,10
**herein** [3] 98:2 172:4,12
**hereunto** [1] 172:14
**hernia** [7] 122:7,16,22
126:8 141:17 162:21,24
**hey** [1] 155:6
**Heyl** [1] 97:9
**high** [1] 104:11
**history** [1] 113:23
**hit** [15] 102:7,9,12,19
103:3,9 104:18,19,19,20
104:22 105:3,11,15,16
**hitting** [1] 101:16
**hold** [2] 98:5 142:7
**home** [9] 123:13,14,22
125:18 128:17 129:7,15
143:15,21
**Homer** [2] 97:13 161:9
**hood** [4] 131:4 132:19
136:4 137:6
**hoop** [1] 134:1
**horses** [1] 144:23
**hot** [3] 168:13,15,15
**hour** [1] 165:6
**hours** [1] 137:13
**house** [3] 124:14,18
144:18
**hurt** [1] 137:19

-I-

**Ibuprofen** [1] 111:16
**idea** [1] 147:10
**identification** [1]
163:9

**IL** [4] 97:4,7,10,13
**Illinois** [12] 95:2,2,15
  95:18,21,24 169:17
  171:1,2 172:1,4,20
**implication** [1] 157:6
**improvement** [2] 141:9
  141:9
**inability** [2] 134:19
  136:1
**incarcerated** [6] 105:17
  105:20 133:19 135:10
  145:13,20
**incarceration** [1]
  145:17
**inches** [6] 104:2,4,6,8
  104:15,15
**incident** [4] 99:18 102:1
  105:22,24
**incidental** [3] 107:12
  107:14 136:3
**incidents** [1] 127:6
**include** [1] 141:24
**included** [1] 118:16
**including** [2] 126:4
  129:14
**incorrect** [1] 139:9
**Indiana** [1] 123:6
**indicate** [2] 98:21 121:2
**indicated** [1] 118:21
**indicates** [2] 163:22
  164:12
**indicating** [1] 101:3
**individual** [2] 131:19
  154:8
**individually** [2] 95:7
  95:9
**individuals** [2] 106:2
  108:18
**infection** [1] 168:15
**inflammation** [3]
  137:22,24 138:18
**initial** [4] 107:19 148:6
  148:16 149:12
**injections** [1] 120:15
**injured** [4] 118:4 132:1
  133:6 138:9
**injuries** [1] 140:23
**injury** [5] 114:12 117:14
  118:19 119:17 127:7
**inmate** [5] 153:20
  163:19,24 165:9,16
**inmates** [10] 106:4
  149:6 152:10 156:3,11
  156:12 158:19,24 159:16
  160:6
**instance** [3] 117:3 131:4
  132:20
**instead** [3] 137:3,7,10
**instruction** [1] 172:8
**insure** [1] 139:11
**intentions** [3] 140:4,6
  140:13
**interested** [2] 147:14
  172:12

**Internet** [1] 121:10
**inventory** [2] 160:2,3
**involve** [1] 126:19
**involved** [1] 126:21
**involves** [1] 136:11
**isolation** [1] 159:13
**items** [1] 156:13
**itself** [1] 139:20

─── -J- ───

**jail** [28] 107:12 109:14
  111:17 116:12 118:18
  126:2,6,12 138:17
  145:12,14 146:20,22
  147:19 148:10,10,13
  149:8 154:13 155:5
  161:21 165:5,5,15
  166:10,11 167:6 168:3
**JAMES** [1] 97:6
**janitorial** [2] 157:13,13
**January** [2] 114:8 116:2
**Jim** [3] 99:9 165:2,11
**job** [21] 109:24 110:21
  127:17 134:20,21 145:12
  150:2 154:14,16 157:7,8
  158:1 160:24 163:7
  165:9,10,20,21 167:10
  167:11,12
**join** [1] 170:14
**joint** [1] 124:13
**Joyce** [7] 107:4,6,9
  108:20 109:9 111:10,13
**judge** [1] 170:18
**jump** [2] 100:11,15
**jumped** [2] 100:9,16

─── -K- ───

**K** [5] 95:10,19 172:3,17
  172:19
**keep** [8] 111:20 137:22
  137:24 138:18 153:9
  157:8,20 158:2
**keeping** [2] 110:20
  159:24
**KEN** [3] 95:3 97:12
  171:3
**Kenneth** [7] 95:14 97:2
  98:1 163:18 164:14
  171:12 172:4
**kept** [1] 114:20
**kick** [1] 154:12
**kind** [13] 100:13 113:3
  113:11 125:10,11 126:16
  127:10 133:20 138:2
  153:22 155:13 157:18
  162:8
**kinds** [1] 149:5
**kitchen** [5] 151:6 156:7
  156:12,18,21
**KLAUS** [6] 97:9 98:18
  115:7 145:7 167:17
  170:4
**knees** [1] 135:1

**knew** [6] 100:22 108:14
  121:11 125:3 146:17
  161:8
**knowing** [3] 138:24
  140:2,2
**knowledge** [2] 128:6
  140:20

─── -L- ───

**L** [1] 112:9
**laceration** [3] 102:14
  167:20 168:11
**land** [1] 104:24
**last** [17] 98:6 99:8 106:24
  107:2,15 119:21 121:2
  121:23 122:21 123:7,9
  123:10,11,19,19 137:18
  145:5
**Late** [1] 123:19
**laundry** [55] 110:21
  147:15,16,17,19,23 148:2
  148:8 149:9,13,18 150:5
  150:12,22,24 151:4,9,22
  151:23,24 152:1,2,12,16
  152:22,23 153:12,19
  154:18,19 155:4,11,16
  155:18 156:5,15 157:16
  157:18,23,24 158:1,9,11
  159:18,24 160:5,13
  161:2,3,22 164:16
  165:13,13,14,15
**Law** [1] 95:17
**lawful** [1] 95:16
**lawyer** [1] 128:20
**lead** [1] 153:9
**learn** [1] 139:14
**least** [2] 132:5 157:21
**left** [11] 110:24 118:10
  126:6,20,23 129:23
  137:3,7,10 149:17 150:4
**legal** [1] 170:6
**less** [2] 135:21,22
**lessen** [1] 118:24
**lessened** [1] 118:22
**letter** [6] 114:17,18,21
  115:1 125:21 129:8
**letting** [1] 156:10
**liability** [2] 163:5,7
**license** [2] 96:1 123:1
**Lierman** [2] 146:24
  148:18
**life** [3] 127:20 137:13
  167:5
**lift** [14] 101:23 116:14
  116:21 126:23 131:3,4
  132:22 133:3,3,9 134:19
  136:2 137:3,6
**lifting** [5] 127:2,5
  134:15 136:3,4
**lights** [1] 160:10
**liked** [1] 167:9
**lip** [1] 103:9
**live** [2] 120:14 140:14
**living** [3] 136:12 137:12

  165:19
**load** [1] 110:24
**loaded** [1] 153:9
**localized** [1] 130:6
**located** [2] 150:22
  152:14
**lock** [4] 155:20,21
  158:23 161:3
**lockdown** [1] 158:22
**locked** [2] 161:2,4
**locking** [1] 151:7
**locks** [1] 154:7
**look** [7] 107:22 114:17
  123:1 142:5 143:15,17
  145:3
**looked** [3] 98:8 104:13
  125:22
**looking** [1] 144:16
**lose** [3] 99:24 157:7
  163:7
**loss** [11] 119:4,4,6,7,7,18
  119:20 120:3 144:13,14
  144:16
**lost** [2] 100:16,18
**LPN** [1] 107:3
**Lu** [4] 95:10 97:11 109:4
  163:4
**lunch** [2] 158:15 159:18
**Lynn** [1] 156:20

─── -M- ───

**machine** [2] 151:17,18
**machines** [3] 151:13,15
  151:20
**MADIGAN** [1] 95:7
**MAHER** [1] 95:10
**Main** [4] 95:18 97:3,7
  97:10
**maintaining** [1] 160:5
**Mamer** [1] 97:3
**March** [22] 105:18 106:1
  107:19 109:15 110:13
  111:6 112:4 117:22
  118:6,12,22,21 119:10
  119:16,24 120:24 121:3
  121:23 122:22 126:2,13
  145:20
**marked** [2] 163:9,10
**Marsh** [13] 112:5,5,11
  114:7 115:4,6 117:13
  125:15 126:13 141:12
  141:24 142:14,16
**matter** [3] 95:22 111:1
  159:12
**maximum** [1] 159:12
**may** [14] 104:13,14 108:2
  113:2 120:11 125:19,20
  135:9 139:24 144:21,21
  162:19,21 164:18
**MD** [1] 121:10
**meals** [4] 159:1,3,4
  165:23
**mean** [15] 100:7 101:23

  102:23 112:19 113:5
  127:12 131:17 133:20
  135:7 145:17 155:23
  157:23 169:9,14,22
**meaning** [2] 98:19
  140:14
**means** [5] 134:5 135:8
  140:16 169:1 170:19
**meant** [2] 105:21 126:9
**meantime** [2] 155:23
  159:23
**medical** [22] 107:12,16
  107:22,23 108:4,12,13
  108:16 111:24 123:1,1
  126:1,3,4 139:16,18
  141:13,22 142:8,20
  143:8,24
**medication** [7] 111:21
  125:11 138:2,6,9,12,13
**medications** [2] 111:10
  111:13
**medicine** [2] 111:18
  113:8
**medicines** [2] 111:17
  111:18
**meeting** [1] 124:8
**memory** [1] 106:16
**mentioned** [3] 142:14
  157:14 160:8
**messed** [1] 124:22
**middle** [2] 151:14,15
**midnight** [2] 154:2,2
**might** [3] 112:12 134:21
  157:7
**mile** [2] 129:22,24
**milk** [1] 161:23
**mind** [4] 98:7 111:4
  147:20 149:24
**minimum** [1] 159:13
**minutes** [1] 154:10
**mislead** [1] 170:16
**misrepresent** [1]
  170:15
**mistaken** [1] 116:8
**modified** [1] 110:18
**modify** [1] 110:19
**moment** [1] 141:21
**money** [1] 135:21
**month** [1] 133:24
**months** [3] 118:8,13
  146:9
**mopping** [2] 157:14
  158:4
**morning** [4] 153:13
  154:19 155:10 167:20
**most** [7] 106:10,16
  110:23 130:3 132:22
  145:18 162:10
**motion** [7] 119:4,6,7,11
  119:19,21 120:4
**moved** [3] 146:8,9 148:9
**movement** [2] 130:11
  133:14
**MRI** [4] 120:5 141:13

142:2,15
Mrs [2] 169:2,8
music [1] 150:13
Myers [1] 106:18
myth [1] 121:12

**-N-**

name [5] 106:19,24 107:2 123:5 128:5
names [3] 106:5,22 109:11
Nancy [3] 149:21 161:10 163:4
narrow [1] 100:13
necessarily [3] 119:5,8 131:12
necessary [1] 99:6
need [2] 98:7 169:12
needed [1] 160:3
negligence [1] 141:14
never [14] 101:22 107:16 112:15 113:13,15,16,19 115:4 121:15,24 133:2 166:14,14,15
new [16] 121:9,9,17 146:20,22,23 147:19 148:9,13 149:2,6 150:15 151:12 152:4,5 165:4
news [1] 150:13
next [4] 117:18 151:5,6 160:16
nice [1] 141:16
night [3] 137:2 153:18 155:22
nine [1] 126:22
nobody [7] 127:22,24 143:2 150:5,10 159:4 166:18
none [3] 133:8 138:7 157:1
Nope [1] 138:4
normally [1] 110:10
notarial [1] 172:14
notarized [1] 169:6
Notary [5] 95:19 171:15 172:3,17,20
notations [1] 124:21
notes [2] 125:1 172:7
nothing [5] 120:14 141:9 164:11 168:21 172:5
notice [2] 129:19 130:17
November [5] 95:18 150:18 171:10 172:6,14
now [17] 95:22 99:6 105:17 126:12 128:9 129:18 132:4,8 135:1 136:2,20 138:16,23 140:2,4,21 143:13
number [3] 137:12 153:21 163:11

**-O-**

o'clock [4] 154:11,23 160:11,15
oath [1] 95:17
object [2] 170:1,2
Obviously [1] 117:12
occasion [1] 113:10
occur [1] 155:9
occurred [4] 99:18 115:1 119:18 147:10
October [10] 105:20 121:8,20 123:3 128:10 128:11 145:15,16 146:2 163:1
off [7] 98:10,11 100:8 104:11 114:20 130:1 160:23
office [6] 95:7 112:16 114:11 115:18 120:21 171:6
officer [7] 106:18 147:6 153:16,16,20 159:3,5
officers [9] 106:6,13,23 109:12 156:24 159:14 159:15 167:10,11
Offices [1] 95:17
official [5] 95:8,9 107:11 109:7 172:19
officially [1] 112:6
often [2] 130:17 133:23
Ogden [1] 161:9
Ogle [2] 147:6 148:7
oil [1] 137:6
old [3] 148:10 152:4 165:5
on-the-job [1] 148:5
once [7] 99:2,8 120:10 120:11,22 125:17 128:12
one [29] 103:12 106:12 115:5,8,11 116:24 120:8 122:10,11 124:9 125:15 129:11 130:24 131:23 132:5 142:14 147:9 152:17,18,22 153:16 154:16 155:24 156:19 157:21 159:11 161:7 163:11,24
ones [7] 106:9,15 152:4 152:5,5,21 153:1
open [7] 131:5 146:20 151:14 154:12,24 155:2 155:3
opened [1] 150:15
operation [1] 126:8
opinion [5] 112:12,14 113:17,23 114:1
opportunity [2] 139:19 139:21
optimistic [4] 120:17 125:10 138:23 141:3
options [2] 139:1 140:3
order [3] 119:5,8 157:4
ordered [3] 120:5 142:1 157:5
otherwise [1] 172:12

ought [1] 165:1
outer [2] 102:23 115:18
outside [3] 103:16 155:4 166:14
over-the-counter [4] 111:9,12,19 138:13
own [3] 158:3 162:3 169:20

**-P-**

packed [1] 168:13
page [2] 169:5,8
paid [3] 165:2,3,7
pain [38] 107:9 109:16 111:4,8,17,17,18 118:3 118:14,16,21 119:3,5,8 119:12,18,21 129:18 130:5,9,13,14,17,21 131:5,6,10,14,16,18,18 131:20,22,23 132:5,11 137:14 138:3
palm [2] 102:10,12
panel [4] 153:19 154:6,6 154:9
paper [2] 153:24 154:5
paragraph [1] 164:14
Pardon [1] 104:21
Parkinson [6] 95:19 169:3,8 172:3,17,19
part [6] 104:20,22 126:8 141:14 157:16 158:1
participate [1] 127:10
party [5] 128:21 143:1 172:11,12,13
passed [2] 124:9 128:14
past [2] 135:9 139:24
patient [5] 113:15,16,20 114:2 122:1
pay [2] 141:17 165:21
pendency [1] 140:13
pending [1] 95:22
people [6] 135:13 140:22 148:13,19 161:8 161:8
per [1] 137:24
percent [3] 139:12,15 139:22
performed [1] 150:23
period [11] 106:11 108:1 109:22 110:12 111:5 127:15,21 128:7 131:1,9 162:11
periods [1] 130:11
perks [1] 166:5
person [4] 107:12 111:24 149:24 172:11
personnel [1] 154:13
persons [1] 127:20
phone [2] 97:14 128:1
phonetic [1] 112:9
phraseology [1] 134:22
physical [4] 123:3 128:14 129:14 143:22

physically [2] 111:4,7
physician [2] 113:17 122:10
physicians [1] 122:12
pick [7] 116:3,6 117:4 132:17 151:23 152:15 162:20
picked [2] 117:1 158:13
picking [2] 132:18 153:7
piece [2] 153:24 154:5
place [4] 100:13 145:19 147:8 152:21
placed [1] 152:7
Plaintiff [2] 95:4 171:4
plans [5] 138:20 139:2 139:10,16,18
plastic [3] 152:4,4,5
Plattner [20] 115:13,22 115:23 117:19 118:3,11 118:20 119:3 120:5,13 120:20 121:23 125:9,16 140:24 141:2,4,12 142:1 142:14
play [8] 113:6 133:11,12 133:12,13,13 134:2,3
PO [2] 97:4,13
pocekt [1] 136:18
pod [6] 154:7 155:1,2,17 157:9 167:7
pods [7] 156:2,3,11,12 156:22,23 157:2
point [3] 100:19 155:24 157:3
politics [1] 166:9
portion [4] 102:10,19 102:21 103:3
position [12] 99:22 101:1,8,18 103:18 130:12 131:1,2,8,11 155:12 156:15
pot [9] 116:5,8,13,14,18 116:21,24 117:4 136:5
pots [1] 117:2
pound [1] 153:7
pounds [3] 126:22 132:21 163:23
practice [2] 135:5 136:3
practioner [1] 114:13
preferred [1] 161:15
prescription [3] 111:18 138:5,8
present [5] 97:15 138:24 140:1,4 164:10
presents [1] 139:20
pretty [3] 150:17 160:7 167:6
prevented [1] 134:20
previously [1] 167:19
private [1] 122:11
problem [4] 133:4 135:12,14 136:22
problems [3] 136:16 149:5 168:10

procedure [7] 108:14 121:9,10,17 139:11 140:10 169:18
procedures [2] 138:22 139:15
process [1] 148:20
produce [8] 128:21 142:12,19 143:12,13,14 143:16 144:11
produced [1] 95:16
projected [1] 160:2
prominent [1] 130:3
promise [1] 164:23
properly [1] 134:21
provide [4] 143:10 144:2 170:7,8
provided [3] 98:15 144:6,8
Public [5] 95:19 171:15 172:3,17,20
pulled [1] 162:2
pulling [1] 159:12
push [2] 102:2 152:24
put [16] 100:24 101:2 114:19 124:23 135:2 136:17 137:2 145:1 152:1,11,13 153:19,23 167:11 168:15,16
putting [1] 111:1

**-Q-**

quarter [1] 163:23
questions [5] 99:17,19 155:13 167:18 171:10

**-R-**

racquetball [1] 133:12
radio [4] 150:9,10,11 166:3
raise [1] 101:17
range [8] 119:4,6,7,11 119:19,21 120:4,18
rate [2] 131:22 132:4
rather [2] 155:16 161:21
read [1] 171:8
real [1] 151:11
really [2] 98:9 124:19
rear [2] 104:23 136:18
reason [5] 121:7 122:22 123:8 156:9 162:20
recently [1] 145:18
recollection [4] 106:9 108:3,8 148:22
recommendations [1] 125:7
recommended [1] 141:5
record [6] 98:22 107:23 111:20 144:11 172:8,12
records [6] 115:10 117:15,23 120:24 121:2 121:22

**recreation** [1] 166:15
**recreational** [1] 136:5
**recruiter** [1] 149:23
**rectangular** [3] 152:3,6 152:24
**rectified** [1] 162:1
**reduced** [1] 172:7
**refer** [1] 114:13
**referred** [2] 115:13,14
**referring** [1] 168:22
**reflected** [1] 117:14
**refused** [2] 164:19 167:4
**refuses** [1] 164:14
**regard** [1] 158:5
**regular** [7] 106:3 127:16 128:3 133:16,17,21,23
**REIFSTECK** [2] 97:2 145:10
**related** [2] 143:8 144:1
**relating** [3] 129:13,15 141:23
**relationship** [1] 113:12
**relative** [4] 122:5 131:19 144:14 172:11
**release** [13] 105:18 106:1 112:4,7 114:7 118:6,12 125:14 126:1 138:16 163:6,7,12
**released** [2] 117:10 126:12
**reliable** [1] 140:18
**remember** [11] 101:10 101:20 106:22 109:8,11 109:13 114:15,21 117:3 138:15 143:22
**removed** [5] 162:14 164:15 167:24 168:7,12
**rendered** [1] 112:12
**repaired** [2] 140:23 141:18
**represent** [1] 169:18
**representing** [1] 169:19
**request** [10] 107:23 108:4,11,12,19 112:1 143:7 153:22 160:23 162:13
**requested** [1] 143:3
**requests** [1] 111:24
**require** [1] 127:5
**required** [1] 143:10
**requirement** [1] 142:18
**requires** [1] 133:14
**reserve** [6] 98:22 169:2 169:9,10 170:7,11
**resolved** [1] 161:12
**respect** [2] 145:17 157:12
**respectfully** [1] 99:7
**rest** [1] 106:13
**restricted** [1] 134:12
**restriction** [2] 132:12 132:15

**restrictions** [3] 133:5 133:7,10
**return** [5] 120:19 138:20 144:22 152:13 164:24
**returned** [1] 121:24
**review** [2] 98:23 169:5
**reviewing** [2] 169:22 170:17
**RICHARD** [1] 97:9
**ride** [3] 129:20,21 130:2
**riding** [3] 100:3,6 131:13
**right** [120] 98:21 99:1,10 99:23 100:13,22 101:15 103:16 104:10 105:6,8 105:11 108:5,23 109:1,5 109:8,16 110:6,12,14,22 112:7,21 113:21,24 114:6,9 115:2,5,19 116:4 116:13 117:11,13,20,22 117:24 118:9,19 122:5 122:17 126:9,10,20 127:3,7 129:15,19,22 130:1,5,6,14,18 131:6,24 132:12,23 133:10 134:1 134:10 135:12,14,16,22 135:24 136:8,11,16,18 136:20,23 137:4,7,10,19 137:19 138:3,9,21,23 139:3,17 141:19,23 143:13 144:5,10 146:3 147:1,22 150:7,16,20,21 151:2,4,5,6 154:6,9,17 154:19 157:20 158:10 159:19 160:14 162:5 163:3 164:17,22 167:3 167:21 168:24 169:2,5 170:4,6,13
**right-hand** [2] 163:22 164:9
**ring** [1] 103:17
**risks** [1] 140:10
**Robert** [2] 114:19 123:23
**roll** [1] 137:9
**room** [4] 110:22 114:3 150:22 151:12
**rotating** [1] 106:6
**rotator** [2] 125:4 140:23
**roughly** [1] 146:2
**round** [1] 152:21
**Route** [1] 97:12
**routine** [1] 156:14
**Royster** [1] 97:9
**rules** [1] 98:13
**run** [1] 159:7
**runs** [2] 122:10,10

-S-

**s** [1] 171:11
**saw** [24] 112:5,6,11,15 113:15,16,19 114:5,10 115:4,6 117:19 118:20 119:2 120:8 121:17 122:21 123:10,11 125:15 125:16 126:13 128:2 166:15

**says** [1] 129:1
**scheduled** [1] 115:21
**Scott** [2] 112:10,20
**seal** [2] 172:14,19
**second** [8] 115:12,15,18 115:22 119:19 142:16 164:13 169:3
**secretaries** [1] 128:1
**security** [2] 159:13,13
**see** [22] 107:24 111:11 117:18 119:17 120:19 121:6 122:1,4 123:21,23 124:17 127:16,20,23 133:11 138:21 139:2 142:5 144:18 154:9 155:18 161:14
**seek** [2] 139:16,18
**send** [3] 99:3 169:3,7
**sending** [2] 128:22 169:15
**sense** [1] 169:14
**sent** [3] 115:10 124:1,7
**sentenced** [1] 162:12
**separate** [2] 156:7 157:15
**separated** [2] 100:2,5
**separately** [1] 122:11
**Sergeant** [1] 161:17
**serve** [1] 156:16
**served** [3] 114:3 155:24 158:7
**services** [1] 144:21
**set** [5] 115:18,23 151:3 153:8 172:14
**setting** [3] 112:16 113:21 114:3
**seven** [4] 146:8 154:2,3 160:21
**several** [3] 109:12 130:19 133:24
**shade** [1] 140:16
**sharp** [5] 103:12,13,14 103:20 131:17
**shave** [1] 154:24
**shaving** [1] 110:17
**sheet** [8] 99:3,4 108:12 169:4 170:8,9,10 171:11
**sheriff** [2] 95:8 146:18
**sheriff's** [4] 95:6,10 147:5 171:6
**shift** [2] 155:10,19
**shifts** [1] 106:6
**short** [2] 114:14 162:11
**shorthanded** [1] 156:18
**shoulder** [50] 101:22,24 107:9 108:5,23 109:2,5 109:9,17 112:1,3,7 114:6 114:12 115:5 117:14 124:12,13,23 126:9,10 127:8 128:24 129:15,19 130:1,6,8,15,18 131:5,7 131:10,24 132:12 134:1 135:12,14,16,22 136:16 136:23 137:19 138:3,21

139:3,17,19 141:19,24
**shoulders** [1] 122:5
**show** [3] 101:1 111:4 163:10
**showed** [1] 111:7
**shower** [1] 154:20
**side** [6] 100:20 101:13 110:4,20 114:20 130:2
**sighed** [1] 124:22
**sign** [8] 98:10,11 153:19 154:9 163:6 164:15,19 169:11
**signature** [13] 98:22 99:4 163:18 168:24 169:4,6,8,9,11 170:7,9 170:12 172:9
**signed** [2] 164:5,8
**signs** [1] 111:7
**sink** [1] 151:11
**sitting** [1] 153:20
**situations** [1] 162:1
**six** [3] 146:8 154:22 158:23
**sleep** [2] 118:10 161:22
**sleeping** [4] 118:7,9,13 118:17
**slip** [1] 156:12
**slow** [1] 148:20
**small** [1] 100:23
**smaller** [1] 126:22
**SMALLEY** [1] 95:9
**smooth** [1] 167:10
**society** [4] 155:17 157:10 167:8,9
**solicit** [1] 152:8
**someone** [1] 157:4
**sometime** [3] 146:2 150:19 162:19
**sometimes** [2] 106:7,8
**somewhat** [1] 118:22
**somewhere** [4] 151:23 151:24 168:5,6
**soon** [2] 114:11 148:9
**sorry** [2] 99:9 145:24
**sort** [3] 112:18,19 113:4
**sought** [2] 107:16 113:17
**sound** [1] 117:22
**South** [1] 97:12
**space** [1] 151:14
**speak** [1] 108:19
**specialist** [1] 112:23
**specialty** [1] 113:2
**spend** [1] 157:9
**spent** [1] 146:4
**spillage** [1] 157:17
**sporting** [1] 134:9
**spots** [1] 124:24
**SS** [1] 172:1
**stacked** [1] 159:11
**stainless** [1] 159:9

**stand** [3] 155:1 168:16 169:1
**standing** [1] 151:16
**start** [4] 118:24 154:18 155:6,10
**started** [3] 148:8 155:16 156:17
**startled** [1] 100:9
**state** [8] 95:2,15,20 139:1 171:2 172:1,3,20
**statement** [2] 116:9 139:14
**states** [4] 95:1,23 171:1 171:10
**station** [1] 151:5
**status** [3] 146:15 162:14 162:20
**stay** [1] 161:4
**steady** [1] 162:8
**steel** [1] 159:9
**stenographic** [1] 172:7
**stepped** [1] 100:15
**stick** [1] 106:15
**still** [3] 101:3 134:16 135:4
**stitched** [3] 167:19 168:11,12
**stitches** [5] 107:20 108:5 167:24 168:7,12
**stools** [1] 158:24
**stop** [1] 105:5
**store** [1] 151:12
**straight** [2] 102:6 131:12
**street** [3] 97:3,10 165:18
**strength** [4] 119:5,8,19 119:21
**striking** [1] 102:15
**stuff** [6] 111:19 144:4 149:7 152:11 155:7 156:22
**stumbled** [1] 100:16
**submit** [2] 107:23 154:4
**submitted** [1] 108:10
**submitting** [1] 108:4
**Subscribed** [1] 171:13
**substantive** [1] 98:14
**such** [5] 106:23 126:17 131:13 135:6,7
**suffer** [1] 102:14
**suggest** [1] 99:7
**suggestion** [1] 98:18
**suit** [1] 95:21
**sum** [1] 125:24
**summarize** [1] 125:15
**suppose** [5] 110:16 115:3 116:19 118:5 166:5
**supposed** [1] 148:1
**surgeon** [4] 123:6 128:10 143:16,18
**surgeries** [2] 139:21,23

surgery [8] 120:16 122:8 122:9,13 125:10 138:22 141:5,6
surgical [3] 121:9 139:1 140:3
suspended [1] 98:19
sworn [4] 95:16 98:3 171:13 172:4
system [2] 108:11 114:19

### -T-
table [3] 135:2 158:24 161:22
tables [1] 158:23
taking [4] 111:1 148:19 159:1 160:5
tape [2] 154:5,8
tear [1] 125:4
technician [1] 165:14
teeth [3] 110:6,15 154:23
telling [3] 135:13 143:7 169:17
tells [1] 116:6
ten [15] 117:2,4 126:22 131:23,23 132:6,20 148:15,17,22 149:8 165:6 168:2,4,6
tennis [3] 127:12 133:12 133:22
terms [8] 108:18 116:22 116:23 119:14 129:17 132:18 169:21 170:17
testified [6] 98:4 152:18 153:11 160:9 164:13 167:19
testify [1] 121:24
testifying [1] 158:5
testimony [4] 141:4 153:15 162:7 172:8
thanks [2] 167:14 168:20
therapy [1] 120:15
thinking [3] 116:20,22 116:23
third [1] 119:19
Thomas [1] 97:3
thought [6] 110:3 112:24 143:18 150:11 165:1,7
threaten [1] 166:6
three [15] 100:12 103:19 103:24 132:10 137:20 137:23 138:17,19 141:8 149:11 151:10,10 155:3 159:10 165:23
through [8] 99:4 107:17 107:19 108:11 109:15 110:13 111:6 117:17
throughout [1] 116:11
times [7] 125:16 130:19 133:24 137:14,23 138:19 146:9
tip [1] 153:6

tipping [1] 153:10
today [2] 137:18 138:10
Todd [1] 106:24
together [1] 113:6
tolerable [1] 119:13
too [4] 113:11 151:20 155:6 158:3
took [5] 137:20 145:18 148:17 156:1 159:2
top [6] 103:16 104:5,6,8 159:11 161:22
torso [1] 112:23
totality [1] 125:24
touches [1] 159:4
training [1] 148:5
transcript [6] 99:2,9 169:1,4 171:9,10
transcription [1] 172:8
transferred [1] 148:18
trays [13] 155:24 156:1 156:2,16 158:8,13,15,20 159:7,10,18,20 160:4
treatment [11] 107:16 108:13 122:18 125:8,11 125:17 126:1,3,4 139:17 139:19
tree [1] 140:16
trial [1] 162:12
trickled [1] 148:13
tried [5] 117:4 134:2,3,5 134:7
trouble [1] 136:12
true [6] 108:17 116:11 118:5,23 126:11 172:8
trustee [36] 145:12 146:15,18,19,23 147:7 147:15,15,16,17,19,23 148:2,8 149:10,13,18,22 149:23 150:6,12 151:22 153:12 155:11 156:2,15 158:2 162:14,20 164:20 164:24 165:13,22 166:8 166:19 167:5
trustees [1] 156:8
truth [3] 172:5,5,5
try [2] 131:3,3
trying [1] 101:16
turned [1] 152:11
TV [3] 166:23 167:1,2
twice [5] 115:6 120:10 120:12 137:21 157:22
two [14] 115:12 122:9 125:16 128:12 137:20 137:23 138:17,19 142:1 142:15 149:11 159:10 161:7 163:23
Tylenol [1] 111:16
type [13] 127:11 130:23 131:14 134:9 136:14 138:12 152:2 153:23 157:16 159:7 162:9 164:23 166:7
types [1] 160:1
typewriting [1] 172:8

typographical [2] 98:15,17

### -U-
unable [1] 133:9
uncomfortable [3] 109:18,19 111:11
under [4] 137:22 142:18 161:22 172:8
underside [2] 102:24 103:2
understand [2] 99:13 139:13
undetermined [1] 95:22
uniforms [1] 160:4
United [3] 95:1,22 171:1
unless [4] 138:22 139:14 140:5 159:4
unlocking [1] 151:8
unlocks [1] 154:6
unreliable [1] 140:21
unusual [1] 124:16
unwritten [1] 157:19
up [42] 104:11 106:24 115:18,23 116:4,7,21 117:1,4 125:24 131:5 132:17,18 137:6,9 143:15,17 146:20 147:17 149:17 150:4 151:3,13 151:23 152:15 153:6,7 153:17,20 154:14,15,18 154:20,23 155:6 158:13 165:15 167:11,20 169:24 170:2,18
upper [1] 112:23
urban [1] 121:12
Urbana [4] 95:18 97:7 97:10 147:2
used [4] 109:21 110:6 136:24 161:17
using [2] 110:7 126:19
usually [5] 111:16 113:11 137:21 152:16 160:11

### -V-
verbal [1] 112:1
vet [2] 127:11 136:2
veterinarian [1] 135:21
veterinary [2] 126:17 135:4
Villa [1] 161:3
visit [12] 107:20 115:11 115:12,13,18,22,23 117:21 121:23 141:24 142:14,16
visits [3] 141:11 142:1 142:15
Voelker [1] 97:9

### -W-
wage [3] 144:13,14,16

waist [3] 101:4,9,11
waiting [1] 140:17
waive [1] 168:24
waived [1] 172:10
waiver [1] 164:15
wake [2] 153:17,20
walk [4] 151:17 154:10 154:11 161:20
wall [3] 151:13,17,19
washer [1] 111:1
washers [1] 151:10
washing [1] 110:17
weakness [6] 119:3,10 119:11,15 120:2,3
Web [2] 121:10,18
week [12] 130:19 137:15 137:21,24 138:19 148:12 148:15,17,22 149:4,7 160:21
weekly [1] 130:18
weeks [3] 149:11 162:8 167:23
weighs [1] 116:18
weight [4] 116:13,16,22 163:23
weights [3] 133:2 153:8 153:9
West [1] 97:7
wheels [1] 159:10
whereof [1] 172:14
wherever [1] 146:13
whole [2] 137:13 172:5
wife [2] 112:9 113:10
willing [1] 150:12
Wilson [4] 95:10 97:11 109:4 163:4
window [1] 137:9
wire [1] 163:3
wish [2] 98:22 169:9
withdraw [1] 169:16
within [2] 115:2 148:12
witness [12] 95:15,21 98:2,5,10 99:12,14 169:10 170:3,13 172:9 172:14
words [1] 109:22
worse [5] 131:23 132:1 132:6 141:10 163:1
worth [1] 140:10
wrist [1] 102:21
write [1] 153:24
writing [1] 112:13
wrong [1] 118:1
Wronke [14] 95:3,14 97:12 98:1 140:8 145:11 163:11,19 164:14 166:18 167:18 171:3,12 172:4
wrote [1] 125:21

### -X-
X [2] 153:20,21

### -Y-
Y [2] 153:20,21
yard [1] 166:20
year [8] 121:8 122:24 123:2,11,18,19,20 150:18
years [1] 128:12
yellow [2] 108:12,12
Yep [6] 121:21 122:20 137:2 159:22 160:17,22
yourself [4] 105:1,5 109:23 169:19

### -Z-
Z [2] 153:20,21



# CHAMPAIGN COUNTY SHERIFF'S OFFICE

**DAVID J. MADIGAN**
Sheriff

204 E. Main Street
Urbana, Illinois 61801-2799
(217) 384-1204

## RELEASE OF RESPONSIBILITY FOR THE CHAMPAIGN COUNTY CORRECTIONAL CENTER

I, Kenneth Wronke, release the Champaign County Correctional Center from responsibility of a diagnosed hernia. The hernia is not considered an emergency medical situation, therefore surgery or other treatment has been deferred at this time. Authorized activity in regards to the hernia includes, washing, drying and folding institutional laundry. Kenneth Wronke is restricted from lifting more than fifteen pounds and inmate work assistance will be assigned to complete restricted tasks.

Based on the witnessed signature, I, Kenneth Wronke, will remain assigned to the Satellite Jail laundry duty. In the event that Kenneth Wronke refuses to sign this waiver, he will be removed from the work assignment in the laundry.

_____     5/6/99
Kenneth Wronke, Inmate         Date

_____     5/6/99
Lu Wilson, R. N.              Date

_____     5/6/99
Nancy R. Griffin, Programs    Date


#W
#1 Wronke
11-7-03

2¼ lbs = weight of 1 change of clothes for an inmate