IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

E-FILED
Thursday, 21 October, 2004 01:39:20 PM
Clerk, U.S. District Court, ILCD

Dr. Kenneth L. Wronke, )
)
    Plaintiff, )
)
vs. )   Cause 2001-2308
)
Champaign County Sheriff's )
Department, and David Madigan, )
individually, and in his Official )
capacity as Sheriff of the County )
of Champaign, and David Smalley, )
individually, and in his Official )
capacity as a Champaign County )
Sheriff's Deputy, and Lu Wilson, R.N., )
and Dr. Maher K. Ahmad, )
)
    Defendants, )

FILED
OCT 21 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### PLAINTIFF'S REBUTTAL ARGUMENT TO DEFENDANTS MADIGAN AND SMALLEY'S RESPONSE TO MOTION TO STRIKE ACTION FOR SUMMARY JUDGMENT AND ALL SUBMITTED DOCUMENTS RELATED THERETO AND MOTION FOR LEAVE TO AMEND MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiff, Dr. Kenneth L. Wronke, appearing personally, with this Rebuttal Argument and in support hereto states as follows:

1. That the Plaintiff has responded to the Defendant's Motion requesting Summary Judgment on Counts I, II, and III of the Plaintiff's Fourth Amended Complaint.

2. That there is no dispute with Defendant's paragraph #2.

3. That the Defendant's cite <u>Bezin v. Ginsburg</u>, to wit, "In order for a deposition to be used in support of a Motion for Summary Judgment, it must be formal and sufficient, i.e. it must either be signed by the Deponent or contain a waiver of the Deponent's signature, and it must certified, sealed, and filed with the Clerk of the Court."

4. That Defendants Smalley and Madigan failed to mention the Deponent wanted to correct some errors in the deposition and that issue was collectively opposed by all attorneys present at the deposition.

5. That the Deponent stated, during the deposition, that he would be

unable to sign any documents that were not subject to corrections.

6. That the Plaintiff has no knowledge of any part of either deposition being certified, sealed, or filed by/with the Clerk of the Court.

7. That the Motion for Leave to Amend the Motion for Summary Judgment should not be allowed as both halves of the Deposition in question were not formal nor sufficient. (see Bezin v. Ginsburg)

WHEREFORE, the Plaintiff, Dr. Kenneth L. Wronke, prays this Honorable District Court will allow the Plaintiff's Motion to Strike the Action for Summary Judgment and the Motion for Leave to Amend the that Motion.

Respectfully submitted,

*Dr. Kenneth L. Wronke*
Dr. Kenneth L. Wronke

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Rebuttal Argument was placed in the U.S. Mail service on the 19th day of October 2004 in Danville, Illinois, 61832 to the Clerk of the U.S. District Court, Room 218, 201 S. Vine st., Urbana, Illinois, 61802, and to Jas. J. Hagle, 129 East Main st., Urbana, Illinois, 61801, and to Kenneth D. Reifsteck, 30 East Main st., Box 560, Champaign, Illinois, 61824-0560, and to Richard P. Klaus, Suite 300, 102 East Main st., Urbana, Illinois, 61801.

*Dr. Kenneth L. Wronke*
Dr. Kenneth L. Wronke