E-FILED
Monday, 25 October, 2004 10:53:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT, URBANA, IL
URBANA DIVISION

| | | |
|---|---|---|
| KEN WRONKE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | 2001-2308 |
| | ) | |
| CHAMPAIGN COUNTY SHERIFF'S | ) | |
| DEPARTMENT, and DAVID MADIGAN, | ) | |
| INDIVIDUALLY, and IN HIS OFFICIAL | ) | |
| CAPACITY AS SHERIFF OF CHAM- | ) | |
| PAIGN COUNTY and DAVID SMALLEY, | ) | |
| INDIVIDUALLY, and IN HIS OFFICIAL | ) | |
| CAPACITY AS A CHAMPAIGN COUNTY | ) | |
| SHERIFF'S DEPUTY and LU WILSON, | ) | |
| and DR. MAHER K. AHMAD and | ) | |
| WEXFORD HEALTH SOURCES, INC. a | ) | |
| Missouri Corporation, | ) | |
| Defendants. | ) | |

**MOTION TO STRIKE PORTIONS OF PLAINTIFF'S RESPONSE TO DEFENDANT AHMAD'S MOTION TO STRIKE PLAINTIFF'S COUNTER-AFFIDAVIT FILED 9-24-04 AND MOTION TO STRIKE PLAINTIFF'S REBUTTAL ARGUMENT TO DEFENDANT AHMAD'S MEMORANDUM OF LAW**

NOW COMES the Defendant, DR. MAHER K. AHMAD, by his attorneys, FREDERICK & HAGLE, and moves to strike portions of the Plaintiff's RESPONSE to Defendant Ahmad's Motion to Strike Plaintiff's Counter-affidavit Filed 9-24-04, and Plaintiff's Rebuttal Argument to Ahmad's Memorandum of Law, and in support thereof states as follows:

1. The Plaintiff recently filed a Response to Defendant Ahmad's Motion to Strike Plaintiff's Counter-Affidavit Filed 9-24-04.

2. In Plaintiff's Response, the Plaintiff goes on to address matters related to the Motion for Summary Judgement, going beyond the matters raised by Defendant's Motion to Strike the

1

Plaintiff's Counter-Affidavit.

3.  This Court should disregard all matters contained in Plaintiff's <u>Response</u> that go beyond Defendant's Motion to Strike the Counter-Affidavit of Plaintiff.

4.  The Plaintiff's current <u>Response</u> to Defendant's Motion to Strike reargues matters previously raised by Plaintiff in Plaintiff's initial pleading filed in response to Defendant Ahmad's Motion for Summary Judgement.

5.  No further pleading can be filed by Plaintiff in response to Defendant's Motion for Summary Judgement.

6.  In Paragraph 2 of Plaintiff's <u>Response</u>, Plaintiff addresses matters raised by the Motion for Summary Judgement.

7.  In Paragraph 29 of Plaintiff's <u>Response</u>, Plaintiff addresses the Motion for Summary Judgement.

8.  After filing his <u>RESPONSE to Defendant Ahmad's Motion to Strike Plaintiff's Counter-Affidavit Filed 9-24-04</u>, Plaintiff has filed yet another pleading addressing matters raised by the Motion for Summary Judgement, in a document entitled Plaintiff's <u>Rebuttal Argument to Ahmad's Memorandum of Law</u>.

9.  This reply was not filed with leave of Court, and was filed well after the initial time limit for Plaintiff to file a Response to Defendant Ahmad's Memorandum of Law, and as such should be disregarded and stricken.

10. These latest two filings by Plaintiff show a disregard for the Court rules and are attempts to continually and repeatedly argue the same matters after the time limits for doing so have expired.

WHEREFORE, Defendant DR. MAHER K. AHMAD, respectfully prays that this Court strike those portions of Plaintiff's <u>RESPONSE to Defendant Ahmad's Motion to Strike Plaintiff's Counter-affidavit Filed 9-24-04</u> which go beyond a Response to Defendant's <u>Motion to Strike Plaintiff's Counter-Affidavit</u>, and not consider those matters which are an attempt to reargue Plaintiff's reply to Defendant's Motion for Summary Judgement and strike <u>in toto</u> Plaintiff's <u>Rebuttal Argument to Ahmad's Memorandum of Law</u>.

Respectfully submitted,

DR. MAHER K. AHMAD, Defendant

By: _____
James J. Hagle

FREDERICK & HAGLE
129 West Main Street
Urbana, IL 61801
217-367-6092

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT, URBANA, IL

| | |
|---|---|
| KEN WRONKE, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>CHAMPAIGN COUNTY SHERIFF'S )<br>DEPARTMENT, and DAVID MADIGAN, )<br>INDIVIDUALLY, and IN HIS OFFICIAL )<br>CAPACITY AS SHERIFF OF CHAM- )<br>PAIGN COUNTY and DAVID SMALLEY, )<br>INDIVIDUALLY, and IN HIS OFFICIAL )<br>CAPACITY AS A CHAMPAIGN COUNTY)<br>SHERIFF'S DEPUTY and LU WILSON, )<br>and DR. MAHER K. AHMAD and )<br>WEXFORD HEALTH SERVICES, INC. a )<br>Missouri Corporation, )<br>Defendants. ) | 2001-2308 |

## CERTIFICATE OF SERVICE

PURSUANT to local Rules, the following documents: Motion to Strike Portions of Plaintiff's Response to Defendant Ahmad's Motion to Strike Plaintiff's Counter-Affidavit Filed 9-24-04 and Certificate of Service were served on this 22 day of October, 2004, by placing in the U.S. Mail, first-class postage prepaid to:

TO:   Ken Wronke
      Route 49 South Box 75
      Homer, IL 61849

      Richard Klaus
      Heyl, Royster, Voelker
      P.O. Box 129
      Urbana, IL 61803-0129

      Thomas, Mamer & Haughey
      Attn: Kenneth D. Reifsteck
      30 E. Main
      P.O. Box 560
      Champaign, IL 61824-0560

DATED this 22 day of October, 2004

Respectfully submitted,
DR. MAHER K. AHMAD, Defendant,

BY: _____
    James J. Hagle

FREDERICK & HAGLE
129 W. Main
Urbana, IL 61801
(217) 367-6092