AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Wednesday, 03 November, 2004 01:48:31 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**KEN WRONKE,**
        **Plaintiff,**

vs.　　　　　　　　　　　　　　　　　　　　　　Case Number: **01-2308**

**CHAMPAIGN COUNTY SHERIFF'S DEPARTMENT; DAVID MADIGAN, individually; DAVID SMALLEY, individually; LU WILSON; DR. MAHER K. AHMAD,**
        **Defendants.**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to order entered 11/3/2004 judgment is entered in favor of Defendant Ahmad and against Plaintiff on Count V.

ENTER this 3rd day of November, 2004,

_____s/John M. Waters_____
JOHN M. WATERS, CLERK

_____s/S. Porter_____
BY: DEPUTY CLERK