AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

**KEN WRONKE,**
        **Plaintiff,**
vs.                                                                Case Number: **01-2308**

**CHAMPAIGN COUNTY SHERIFF'S DEPARTMENT; DAVID MADIGAN, individually; DAVID SMALLEY, individually; LU WILSON; DR. MAHER K. AHMAD,**
        **Defendants.**

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to order entered 11/3/2004 judgment is entered in favor of Defendant Ahmad and against Plaintiff on Count V.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to order entered 11/18/2004 judgment is entered in favor of Defendant Wilson and against Plaintiff on Count IV.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to order entered 11/18/2004 judgment is entered in favor of Defendants Madigan and Smalley and against Plaintiff on Counts I, II and III.

ENTER this 18th day of November, 2004,

_____s/John M. Waters_____
JOHN M. WATERS, CLERK

_____s/S. Porter_____
BY:  DEPUTY CLERK