IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

File Number 01-2308

Dr. Kenneth L. Wronke,

    Plaintiff,

vs.

Champaign County Sheriff's Office and David Madigan, individually and in his Official capacity as Sheriff of the County of Champaign, David Smalley, individually and in his Official capacity as a Champaign County Sheriff's Deputy, and Lu Wilson, R.N., and Dr. Maher K. Ahmad,

    Defendants,

NOTICE OF APPEAL

FILED
NOV 24 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

    NOTICE is hereby given the the Plaintiff, Dr. Kenneth L. Wronke, in the above captioned case, hereby Appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered on the 3rd day of November 2004 in favor of Defendant Ahmad against this Plaintiff on Count V. in the matter of Cause 01-2308.

    Respectfully submitted,

*Dr. Kenneth L. Wronke*
Dr. Kenneth L. Wronke

### Certificate of Service

    I certify that a true and correct copy of this document was placed in the U.S. Mail in Danville, Illinois, 61832, on the 21st day of the month of November 2004 to the Clerk of the District Court, 201 S. Vine st., Room 218, Urbana, Illinois, 61802, and to Jas. J. Hagle, 129 West Main st., Urbana, Illinois 61801.

*Dr. Kenneth L. Wronke*
Dr. Kenneth L. Wronke

Rte 49 South Box 75
Homer, Illinois 61849
217-896-2322