## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois  Docket No.: 01-2308

Division: Urbana

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Dr. Kenneth L. Wronke     v.     Champaign County Sheriff's Office, et al.

---

**Current Counsel for Plaintiff (Petitioner):**   **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Dr. Kenneth L. Wronke | Name: James J. Hagle |
| Firm: PRO SE | Firm: Frederick & Hagle |
| Address: Route 49 South, Box 75 | Address: 129 W Main Street |
| Homer, IL  61849 | Urbana, IL  61801 |
| Phone: (217) 896-2322 | Phone: (217) 367-6092 |

---

Judge: David G. Bernthal    Nature of Suit Code: 440

Court Reporter:    Date Filed in District Court: 12/12/2001

Date of Judgment: 11/18/2004

Date of Notice of Appeal: 11/24/2004

Counsel:  ___Appointed   ___Retained   _X_Pro Se

Fee Status:  ___Paid   _X_Due   ___IFP   ___IFP Pending   ___U.S.   ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:   ___Yes   _X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**