IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

E-FILED
Wednesday, 08 December, 2004  01:30:36 PM
Clerk, U.S. District Court, ILCD

FILE NUMBER 01-2308

Dr. Kenneth L. Wronke,                    )
                                          )
              Plaintiff,                  )
                                          )
    vs.                                   )          NOTICE OF APPEAL
                                          )          (amended)
Champaign County Sheriff's Office         )
and David Madigan,individually and        )
in his Official Capacity as Sheriff       )
of the County of Champaign, and David     )          **FILED**
Smalley,individually and in his Official  )
capacity as a Champaign County Sheriff's  )          DEC 0 8 2004
Deputy,and Lu Wilson,R.N., and Dr. Maher  )
K. Ahmad,                                 )          JOHN M. WATERS, Clerk
                                          )          U.S. DISTRICT COURT
              Defendants,                 )          CENTRAL DISTRICT OF ILLINOIS
                                                     URBANA, IL

    NOTICE is hereby given that the Plaintiff,Kenneth L. Wronke, in

the above captioned Cause,hereby Appeals to the United States Court

of Appeals for the Seventh Circuit from the Orders entered on the

3rd Day of November 2004 against the Plaintiff on Count V with the

Notice of Appeal mailed on the 21st day of November 2004 and the Order

entered on the 18th Of November 2004 against the Plaintiff on Counts

I, II, III, and IV and is hereby Appealed the 5th Day of December 2004

all in the matter of Cause 01-2308.

                                        Respectfully submitted,

                                        *Dr Kenneth L. Wronke*

                                        Dr. Kenneth L. Wronke

Rte 49 South Box 75
Homer, Illinois 61849

217-896-2322

2:01-cv-02308-DGB    # 210    Page 2 of 2

## Certificate of Service

I certify that a true and correct copy of this Amended Notice of
Appeal was placed in the U.S. Mail service on the 5th day of December
2004 at the Post Office in Fithian, Illinois 61857 to: Clerk of the
U.S. District Court,201 S. Vine st., Room 218, Urbana,Illinois 61802,
and Jas. J. Hagle,129 W. Main st., Urbana,Illinois 61801, and Kenneth
D. Reifsteck,Box 560,30 E. Main st., Champaign, Illinois,61824-0560,
and Richard P. Klaus,Suite 300, 102 East Main st., Urbana,Illinois,61801.


*Dr. Kenneth L. Wronke*
Dr. Kenneth L. Wronke