IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

Dr. Kenneth L. Wronke, )
)
    Plaintiff, )
)
vs. )
) Cause No. 01-2308
Champaign County Sheriff's Office )
and David Madigan, individually and )
in his Official capacity as Sheriff ) Appeal 04-4028
of the County of Champaign, and David )
Smalley, individually and in his Official )
capacity as a Champaign County Sheriff's )
Deputy, and Lu Wilson, R.N., and Dr. Maher )
K. Ahmad, )
)
    Defendants, )



DEC 0 8 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

<u>Certificate Regarding Transcript</u>

Pursuant to the Rules of Appellate Procedure(2004), Rule 10(b):
The transcript of Proceedings, R 10(1)B is appropriate: That no transcript will be ordered.

                            Respectfully submitted,

                            *Dr. Kenneth L. Wronke*
                            Dr. Kenneth L. Wronke

<u>CERTIFICATE OF SERVICE</u>

    I certify that a true and correct copy of this document was placed in the U.S. Mail service at Danville, Illinois 61832 on the 7th day of the momth of December 2004 to: Clerk of the District Court, RM 218, 201 S. Vine st., Urbana, Illinois 61802, and Jas. J. Hagle, 129 W. Main st., Urbana, Ill. 61801, and Kenneth D. Reifsteck, Box 560, Champaign, Ill. 61824-0560, and Richard P. Klaus, suite 300, 102 E. Main st., Urbana, Ill. 61801

                            *Dr. Kenneth L. Wronke*
                            Dr. Kenneth L. Wronke

Rte 49 South Box 75
Homer, Illinois 61849

217-896-2322