E-FILED
Wednesday, 08 December, 2004  03:33:52 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District:                                                                    Docket No.:

Division:

**Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)**

v.

---

**Current Counsel for Plaintiff (Petitioner):**              **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name:                                                                        Name:

Firm:                                                                         Firm:

Address:                                                                    Address:


Phone:                                                                       Phone:

---

Judge:                                                                        Nature of Suit Code:

Court Reporter:                                                          Date Filed in District Court:

                                                                                      Date of Judgment:

                                                                                      Date of Notice of Appeal:


Counsel:   ___Appointed      ___Retained      ___Pro Se

Fee Status:   ___Paid      ___Due      ___IFP      ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes       ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability:  ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

Keith Brandon Hill
Richard P Klaus
HEYL ROYSTER VOELKER & ALLEN
PO Box 129
Urbana, IL 61801-0129
217-344-0060
217-344-9295 (fax)
rklaus@hrva.com

representing Defendant Lu Wilson


Kenneth D Reifsteck
THOMAS MAMER & HAUGHEY
PO Box 560
Champaign, IL 61824-0560
(217) 351-1500
kdr@TMH-LAW.com

representing Defendants Champaign County Sheriff, David Madigan, David . Smalley