

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

Gino Agnello
Clerk, U. S. Court of Appeals
Room 2722
219 S. Dearborn St.
Chicago, IL 60604

RE: Filing Fee Paid for K.L. Wronke
CASE NO. IN U. S. D. C. 01-2308
CASE NO. IN U. S. C. A. UNKNOWN

Dear Mr. Agnello:

    The filing fee of $255.00 for the notice of appeal filed on 12/9/04  has been paid to the Clerk, U. S. District Court on 12/10/04.

           Very truly yours,

            s/John M. Waters

           JOHN M. WATERS, CLERK
           U. S. DISTRICT COURT

JMW/sj