**E-FILED**
Wednesday, 15 December, 2004  03:48:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States
Court of Appeals for the Seventh Circuit:

Appellate Court No.:  04-4164                    Docketed on: 12/10/04
Short Caption:         Wronke, Ken v. Champaign County She
District Court Judge: David G. Bernthal
District Court No.:   01 C 2308

If you have any questions regarding this appeal, please call this
office.

(1003-012490)

**FILED**

DEC 15 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

### CIRCUIT RULE 3(b) NOTICE

**Date: December 10, 2004**
**Re:** Wronke, Ken v. Champaign County She
       Appeal No.: 04-4164


To:      Kenneth L. Wronke
         Route 49 S.
         P.O. Box 75
         Homer, IL  61849


        Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.  This appeal was docketed on 12/10/04.
The District Court has indicated that as of 12/8/04 the docket
fee has not been paid.  Depending on your situation, you should:

1.  Pay the required $250.00 docketing fee PLUS the $5.00
    notice of appeal filing fee to the District Court Clerk,
    **if you have not already done so.**  The Court of Appeals
    cannot accept this fee.  You should keep a copy of the
    receipt for your records.

2.  File a motion to proceed on appeal in forma pauperis
    with the District Court, **if you have not already done so.**
    An original and three copies of that motion, with proof
    of service on your opponent, is required.  This motion must be
    supported by a sworn affidavit in the form prescribed by Form 4
    of the Appendix of Forms to the Federal Rules of Appellate Procedur
    (as amended 12/1/98), listing the assets and income of the
    appellant(s).

3.  If the motion to proceed on appeal in forma pauperis is
    denied by the district court, you must either pay the
    required $250.00 docketing fee PLUS the $5.00 notice of
    appeal filing fee to the District Court Clerk, within 14
    days after service of notice of the action of the district
    court, or within 30 days of that date, renew your motion
    to proceed on appeal in forma pauperis with this court.
    If the motion is renewed in this court, it must comply with
    the terms of Fed. R. App. P. 24(a).

        If one of the above stated actions is not taken, the appeal
   will be dismissed.


(1258-020300)
bcc:   John M. Waters