

JOHN M. WATERS
CLERK OF COURT

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

Gino Agnello
Clerk, U. S. Court of Appeals
Room 2722
219 S. Dearborn St.
Chicago, IL 60604

RE: Filing Fee Paid for Wronke v. Champaign Co., et al.
CASE NO. IN USDC:  01-2308
CASE NO. IN USCA: 04-4028 (and 04-4164)

Dear Mr. Agnello:

The filing fee of $255.00 for the notice of appeal (USCA #04-4028) has been paid to the Clerk, U. S. District Court on 12/10/2004 (receipt #U003615). This filing fee was inadvertently applied to the more recent appeal (04-4164). The filing fee of $255.00 for the notice of appeal (USCA #04-4164) has also been paid to the Clerk, U. S. District Court, and was credited on 12/17/004 (receipt #U003638).  Please contact our office if you require further clarification.

Very truly yours,

s/John M. Waters/slp

JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW/slp