E-FILED
Friday, 17 December, 2004  02:06:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Dr. Kenneth L. Wronke,

    Plaintiff,

vs.

Champaign County Sheriff's Office, and David Madigan, individually and in his Official Capacity as Sheriff of the County of Champaign, and David Smalley, individually and in his Official capacity as a Champaign County Sheriff's Deputy, and Lu Wilson, R.N., and Dr. Maher K. Ahmad,

    Defendants,

Appeal Number 04-4164

**FILED**

DEC 17 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

## Certificate Regarding Transcript

Pursuant to the Rules of Appellate Procedure(2004), Rule 10 (b): The Transcript of Proceedings, Rule 10(1)B is appropriate: That no transcript will be ordered.

Resprctfully submitted,

*Dr Kenneth L. Wronke*
Dr. Kenneth L. Wronke

## CERTIFICATE OF SERVICE

A true and correct copy of this document was placed in the U.S. Mail Service at Danville, Illinois, 61832, on the 17th day of December 2004 to: Clerk of the U.S. District Court, 210 S. Vine st., Urbana, Illinois, 61802, and Clerk of the U.S. Court of Appeals, 219 S. Dearborn st., Chicago, Illinois, 60604-1874, and to Jas. J. Hagle, 129 W. Main st., Urbana, Illinois, 61801, and Kenneth D. Reifsteck, Box 560, Champaign, Illinois 61824-0560, and Richard P. Klaus, Suite 300, 102 East Main st., Urbana, Illinois 61801.

*Dr Kenneth L. Wronke*
Dr. Kenneth L. Wronke

Rte 49 South Box 75
Homer, Illinois 61849

217=8962322