E-FILED
Friday, 28 January, 2005 04:22:19 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

January 26, 2005

Before

**Hon. Frank H. Easterbrook,** *Circuit Judge*
**Hon. Daniel A. Manion,** *Circuit Judge*
**Hon. Ilana Diamond Rovner,** *Circuit Judge*

FILED
JAN 28 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| KENNETH L. WRONKE, Doctor,<br>  Plaintiff-Appellant,<br><br>No. 04-4028        v.<br><br>CHAMPAIGN COUNTY SHERIFF,<br>sued as Champaign County<br>Sheriff's Department, DAVID<br>MADIGAN, individually and in his<br>official capacity as Champaign<br>County Sheriff, DAVID SMALLEY,<br>individually and in his official<br>capacity as a Champaign County<br>Sheriff's Deputy, et al.,<br>  Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 01 C 2308<br>]<br>] David G. Bernthal,<br>]     Magistrate Judge. |

O R D E R

On review of the papers filed in this appeal,

IT IS ORDERED that this appeal (04-4028) is DISMISSED as unnecessary.

This appeal duplicates a later appeal filed on December 8, 2004, and docketed in this court as Appeal No. 04-4164.  The notice of appeal in 04-4164 expressly references the district court's orders granting summary judgment as to Count V in addition to Counts I-IV and constitutes a timely appeal of all issues.  Only one appeal is necessary.  *Harris v. Bellin Memorial Hospital*, 13 F.3d 1082, 1083 (7th Cir. 1994).  Plaintiff-appellant's appeal (on all issues) will proceed under Appeal No. 04-4164.