# United States Court of Appeals

## For the Seventh Circuit

Chicago, Illinois 60604

**E-FILED**
Tuesday, 22 February, 2005 02:53:27 PM
Clerk, U.S. District Court, ILCD

### NOTICE OF ISSUANCE OF MANDATE

DATE: February 17, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL  61802-3369

**FILED**

FEB 22 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FROM: Gino J. Agnello, Clerk

RE: 04-4028
Wronke, Ken L. v. Champaign County She
01 C 2308, David G. Bernthal, Magistrate Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

| ENCLOSED: | | TO BE RETURNED AT LATER DATE: |
|---|---|---|
| [ ] | Volumes of pleadings | [ ] |
| [ ] | Loose pleadings | [ ] |
| [ ] | Volumes of transcripts | [ ] |
| [ ] | Volumes of exhibits | [ ] |
| [ ] | Volumes of depositions | [ ] |
| [ ] | In Camera material | [ ] |
| [ ] | Other_____ | [ ] |
| | Record being retained for use in Appeal No. _____ | [ ] |

Copies of this notice sent to:      Counsel of record
[ ]     United States Marshal
[ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: ___2/22/05_____   ___s/V. Ball_____
(1071-120397)                                Deputy Clerk, U.S. District Court

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

January 26, 2005

**Before**

**Hon. Frank H. Easterbrook,** *Circuit Judge*
**Hon. Daniel A. Manion,** *Circuit Judge*
**Hon. Ilana Diamond Rovner,** *Circuit Judge*

| | |
|---|---|
| KENNETH L. WRONKE, Doctor,<br>    Plaintiff-Appellant,<br><br>No. 04-4028      v.<br><br>CHAMPAIGN COUNTY SHERIFF,<br>sued as Champaign County<br>Sheriff's Department, DAVID<br>MADIGAN, individually and in his<br>official capacity as Champaign<br>County Sheriff, DAVID SMALLEY,<br>individually and in his official<br>capacity as a Champaign County<br>Sheriff's Deputy, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 01 C 2308<br>]<br>] David G. Bernthal,<br>]    Magistrate Judge. |



O R D E R

On review of the papers filed in this appeal,

IT IS ORDERED that this appeal (04-4028) is DISMISSED as unnecessary.

This appeal duplicates a later appeal filed on December 8, 2004, and docketed in this court as Appeal No. 04-4164. The notice of appeal in 04-4164 expressly references the district court's orders granting summary judgment as to Count V in addition to Counts I-IV and constitutes a timely appeal of all issues. Only one appeal is necessary. *Harris v. Bellin Memorial Hospital*, 13 F.3d 1082, 1083 (7th Cir. 1994). Plaintiff-appellant's appeal (on all issues) will proceed under Appeal No. 04-4164.