E-FILED
Monday, 28 February, 2005  02:09:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH L. WRONKE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 01 C 2308 |
| ) | |
| **CHAMPAIGN COUNTY SHERIFF,** ) | |
| **sued as Champaign County Sheriff's** ) | |
| **Department, DAVID MADIGAN,** ) | |
| **Individually and in his official capacity** ) | |
| **as a Champaign County Sheriff's** ) | |
| **Deputy, DAVID SMALLEY,** ) | |
| **Individually and in his official capacity** ) | |
| **as a Champaign County Sheriff's** ) | |
| **Deputy, LU WILSON, and MAHER K.** ) | |
| **AHMAD, Doctor,** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW RECORD ON APPEAL

NOW COMES the Defendant, Lu Wilson, R.N., by and through her counsel, Heyl, Royster, Voelker & Allen, and in support of her Motion to Withdraw Record on Appeal, states as follows:

1. This case is now on appeal to the U.S. Court of Appeals for the Seventh Circuit, No. 04-4164. Counsel for Appellee requires the Record on Appeal in order to prepare the Appellee's Brief.

WHEREFORE, Defendant, Lu Wilson, R.N., respectfully requests that this Court grant her Motion to Withdraw Record on Appeal.

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

        Respectfully submitted,

        By: <u>/s/ Craig L. Unrath</u>
     HEYL, ROYSTER, VOELKER & ALLEN
          Craig L. Unrath
            #6207905

**HEYL ROYSTER**
**VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## PROOF OF SERVICE

     Craig L. Unrath, one of the attorneys for the Defendant-Appellee, Lu Wilson, R.N., certifies that the foregoing Motion to Withdraw Record on appeal was e-filed with the United States District Court for the Central District, Peoria, Illinois, and one (1) copy of same was mailed to the following persons at the addresses shown by enclosing same in an envelope addressed to them and depositing same in a United States mailbox at Peoria, Illinois, on the 28th day of February, 2005.

Dr. Kenneth L. Wronke
Route 49 South
P.O. Box 75
Homer, IL 61849

Mr. Kenneth D. Reifsteck
Thomas, Mamer & Haughey
30 E. Main Street
P.O. Box 560
Champaign, IL 61824-0560

Mr. James J. Hagle
Frederick & Hagle
129 W. Main Street
Urbana, IL 61801

                                            /s/ Craig L. Unrath
                                              Craig L. Unrath

CLU/dac
G:\36\N1636\N1636ACD 008 M Withdraw Recrd 022805.wpd

**HEYL ROYSTER VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400