E-FILED
Friday, 08 April, 2005  04:33:26 PM
Clerk, U.S. District Court, ILCD

United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: April 8, 2005

TO:  District Court Clerk

RE:  Notice to transmit the record

FILED
APR 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

No. 04-4164

KENNETH L. WRONKE, Doctor,
       Plaintiff - Appellant
   v.
CHAMPAIGN COUNTY SHERIFF, sued as Champaign County Sheriff's Department, DAVID MADIGAN, individually and in his official capacity as Champaign County Sheriff, DAVID SMALLEY, individually and in his official capacity as a Champaign County Sheriff's Deputy, et al.,
       Defendants - Appellees


Appeal from the United States District Court for the Central District of Illinois
No. 01 C 2308, David G. Bernthal, Magistrate Judge


       Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.


(1211-022296)