

# United States District Court
### Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

April 25, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: Kenneth Wronke v. Champaign County Sheriff, et al
        D. C. Docket No. 01-2308
        U. S. C. A. Docket No. 04-4164

Dear Mr. Agnello:

  I am sending you herewith the original record on appeal. It consists of the following:

  2 Volumes of Pleadings

  Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK

        BY: s/S. Porter
           Deputy Clerk

Enc.