

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

COPY

FILED
MAY 0 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

04-4164

April 25, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Kenneth Wronke v. Champaign County Sheriff, et al
D. C. Docket No. 01-2308
U. S. C. A. Docket No. 04-4164

Dear Mr. Agnello:

   I am sending you herewith the original record on appeal. It consists of the following:

2 Volumes of Pleadings

   Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: _____
Deputy Clerk

**ON AIMS**

APR 2 6 2005

**DP**

U.S.C.A.—7th Circuit
FILED
APR 2 6 2005  DP
GINO J. AGNELLO
CLERK
DOC. #_____